# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| **LABOR SAVING SYSTEMS LTD.** | § | |
| **d/b/a Magnepull,** | § | |
| *Plaintiff,* | § | |
| | § | **Case No. 4:21-cv-01389** |
| **v.** | § | |
| | § | |
| **HARBOR FREIGHT TOOLS USA, INC.,** | § | |
| **DOES 1–79,** | § | |
| *Defendants.* | § | |

## APPENDIX IN SUPPORT OF
## PLAINTIFF'S ORIGINAL COMPLAINT and MOTIONS

Plaintiff Magnepull files these additional exhibits in support of its Original Complaint and Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email. This appendix includes:

| Description | Page |
|---|---|
| 1 – U.S. Patent 9,737,941 | 2 |
| 2 – Declaration of Mark Turner | 19 |
| 3 – Defendant Data Available to Plaintiff | 23 |
| 4 – Evidence of Defendant's Infringement | 28 |
| 5 – Declaration of Warren Norred | 112 |
| 6 – Attempts to Contact Infringers | 114 |
| 7 - Viahart Order Granting Alternate Service | 116 |
| 8 - BVE Brands LLC v. Does 1-82 Order | 125 |

Respectfully submitted,

/s/Warren V. Norred
Warren V. Norred, P.E., warren@norredlaw.com
NORRED LAW, PLLC; 515 East Border Street; Arlington, Texas 76010
817.704.3984 office; 817.524.6686 fax
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE -** I certify that a copy of the attached document was served informally to Harbor Freight by email to cs@harborfreight.com by email on January 1, 2022.

/s/ Warren V. Norred
Warren V. Norred



US009737941B2

(12) **United States Patent** (10) **Patent No.: US 9,737,941 B2**

Turner (45) **Date of Patent: Aug. 22, 2017**

(54) **HOLE SAW**

(71) Applicant: **Mark Turner**, Arlington, TX (US)

(72) Inventor: **Mark Turner**, Arlington, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/418,752**

(22) Filed: **Jan. 29, 2017**

(65) **Prior Publication Data**

US 2017/0157688 A1      Jun. 8, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/066,163, filed on Mar. 10, 2016.

(60) Provisional application No. 62/262,813, filed on Dec. 3, 2015.

(51) **Int. Cl.**
 *B23D 49/11* (2006.01)
 *B23D 49/00* (2006.01)

(52) **U.S. Cl.**
 CPC ............ *B23D 49/11* (2013.01); *B23D 49/003* (2013.01)

(58) **Field of Classification Search**
 CPC ...... B23D 49/11; B23D 49/003; B23D 51/16; B23B 51/0406; B23B 51/05; B27B 19/006; B27B 19/008
 USPC ............... 30/392–394, 500–503.5, 301–303; D15/139; 408/204, 206
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 803,368 | A | * | 10/1905 | Smith | ...................... | B27F 5/12 144/81 |
| 2,482,439 | A | * | 9/1949 | Smith | ................. | B23B 51/0426 408/206 |
| 3,470,923 | A | * | 10/1969 | Besthorne | .............. | B23D 49/11 30/503.5 |
| 3,503,294 | A | | 3/1970 | Vinciguerra et al. | | |
| 3,554,197 | A | * | 1/1971 | Dobbie | .................. | B23Q 5/027 30/392 |
| 3,706,474 | A | * | 12/1972 | Neuenburg | .......... | B23D 57/0076 30/277 |
| 3,837,230 | A | * | 9/1974 | Neuenberg | ........... | B27B 19/008 173/126 |
| 4,147,464 | A | * | 4/1979 | Watson | ............... | B23B 51/05 408/206 |
| 4,760,643 | A | * | 8/1988 | Juma | .................. | B23B 51/0426 30/166.3 |
| H000571 | H | * | 2/1989 | Hollinger | ............. | B23D 49/003 30/123.3 |
| 5,014,430 | A | * | 5/1991 | Wortham | ............... | B23D 51/01 30/166.3 |
| 5,048,190 | A | | 9/1991 | Aurness et al. | | |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 433119 | C | * | 8/1926 | .......... | B27B 19/006 |
|---|---|---|---|---|---|---|
| DE | 574898 | C | * | 4/1933 | .......... | B27B 19/006 |

(Continued)

*Primary Examiner* — Jason Daniel Prone
(74) *Attorney, Agent, or Firm* — James L. Baudino

(57) **ABSTRACT**

A hole saw includes a base member configured to secure the hole saw to a drive device, and a set of blade members extending from the base member. Each of the blade members is attached to the base member at a fixed position, and each of the blade members includes a sawing portion having cutting teeth. The sawing portion has a medial portion connected to the base member where the sawing portion has oppositely extending, freestanding distal ends.

**16 Claims, 11 Drawing Sheets**



**US 9,737,941 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,092,869 | A * | 3/1992 | Waldron ................. A61B 17/15 606/82 |
| 5,456,011 | A * | 10/1995 | Inkster ................. B23D 61/006 30/503.5 |
| 5,468,247 | A * | 11/1995 | Matthai ................. A61F 15/02 30/339 |
| 5,651,646 | A * | 7/1997 | Banke ................. B23B 51/0453 408/204 |
| 5,697,835 | A * | 12/1997 | Nitz ................. B23D 61/006 30/353 |
| D391,974 | S * | 3/1998 | Brutscher ................. D15/139 |
| D392,297 | S * | 3/1998 | Brutscher ................. D15/139 |
| 5,797,189 | A | 8/1998 | Gilbert |
| 5,860,218 | A | 1/1999 | Vinciguerra |
| 5,867,913 | A | 2/1999 | Pettigrew |
| D406,223 | S * | 3/1999 | Tran ................................ D8/70 |
| D438,219 | S * | 2/2001 | Brutscher ................. D15/139 |
| 6,283,843 | B1 * | 9/2001 | Romagnoli ............ B23D 49/11 451/523 |
| 6,681,756 | B1 * | 1/2004 | Kilpatrick ............ B25D 17/02 125/23.01 |
| 7,667,136 | B2 * | 2/2010 | Dinh ........................ H02G 1/00 174/50 |
| D639,833 | S | 6/2011 | Inkster ........................ D15/139 |
| D681,081 | S | 4/2013 | Neal, Jr. ................. D15/139 |
| D681,082 | S | 4/2013 | Neal, Jr. ................. D15/139 |
| D727,380 | S | 4/2015 | Zhang ........................ D15/139 |
| 9,358,623 | B2 * | 6/2016 | Burks ................. B23D 49/003 30/500 |
| 2012/0125171 | A1 | 5/2012 | Chen et al. |

| | | | |
|---|---|---|---|
| 2012/0198709 | A1 * | 8/2012 | Inkster ................... B27B 19/008 30/503.5 |
| 2014/0224091 | A1 | 8/2014 | Sebhatu |
| 2014/0338513 | A1 | 11/2014 | Burks et al. |
| 2015/0165633 | A1 * | 6/2015 | Padget ................. B23D 61/006 30/353 |
| 2015/0343539 | A1 * | 12/2015 | Hoop ...................... B28D 1/041 408/204 |
| 2016/0279716 | A1 * | 9/2016 | Gamboa Arias .... B23B 51/0426 408/80 |
| 2017/0001252 | A1 * | 1/2017 | Caroprese ............. B23D 49/11 408/24 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 2120077 | A1 * | 11/1972 | ......... B23D 57/0076 |
| DE | 2535112 | A1 * | 2/1977 | ......... B23B 51/0426 |
| DE | 3940743 | A1 * | 6/1991 | ......... B27B 19/006 |
| DE | 4036904 | C1 * | 5/1992 | ............... B27B 5/32 |
| DE | 4425456 | A1 * | 3/1996 | ......... A61B 17/1637 |
| DE | 29604965 | U1 * | 6/1996 | ......... B23D 45/165 |
| EP | 0881023 | A2 * | 12/1998 | ......... B23D 49/11 |
| EP | 1240872 | A2 * | 9/2002 | ......... A61B 17/142 |
| EP | 2987577 | A1 * | 2/2016 | ......... B23B 51/0406 |
| FR | 604454 | A * | 5/1926 | ......... B27B 19/008 |
| FR | 1412153 | A * | 9/1965 | ......... B23D 61/006 |
| FR | 2704790 | A1 * | 11/1994 | ....... B23B 31/16012 |
| JP | 04269117 | A * | 9/1992 | ......... B27B 19/006 |
| JP | 2000107919 | A * | 4/2000 | |
| JP | 2010247306 | A * | 11/2010 | |
| WO | WO 2007049012 | A1 * | 5/2007 | ......... B23B 1/0426 |
| WO | WO 2007086767 | A1 * | 8/2007 | ......... B23D 49/11 |
| WO | WO 2008061835 | A1 * | 5/2008 | ......... B23D 61/006 |
| WO | WO 2013113432 | A1 * | 8/2013 | ......... B23D 61/006 |

* cited by examiner



FIG. 1

App'x 3



FIG. 2

App'x 4



FIG. 3

App'x 5



FIG. 4

App'x 6



FIG. 5



FIG. 7A



FIG. 6

App'x 8



FIG. 7B

FIG. 7C

App'x 9



FIG. 8A



**FIG. 8B**

App'x 11



FIG. 8C



FIG. 9

App'x 13

US 9,737,941 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# HOLE SAW

## BACKGROUND

Hole saws are generally used to make cut-outs, holes and/or openings in materials such as wood, fiberglass, plastic, drywall, etc. Hole saws are generally used with a power drill or other type of rotary power drive unit. Hole saws typically include a saw cup, an arbor and a pilot bit. The saw cup includes a threaded portion to receive a threaded end portion of the arbor. The pilot bit protrudes from the cutting edge of the saw to guide the saw during cutting. The arbor is generally inserted into a chuck of the power drill. The saw body is coupled to the pilot bit for rotation with the pilot bit, and the saw body includes a collection of teeth to form a cutting edge. In operation, the power drill causes rotation of the hole saw, and the drill bit first cuts into a structure to establish a pilot hole to maintain the hole saw concentric to a particular point. The cutting edge of the saw body then cuts a relatively larger opening in the structure.

## BRIEF SUMMARY

According to one aspect of the present disclosure, a hole saw is disclosed. The hole saw includes a base member configured to secure the hole saw to a drive device; and a set of blade members extending from the base member, each blade member including a sawing portion having cutting teeth, the sawing portion having a medial portion connected to the base member, the sawing portion having oppositely extending, freestanding distal ends.

According to another embodiment of the present disclosure, a hole saw includes a base member supporting a set of blade members, each blade member having cutting teeth, the blade members arranged in a non-circular relationship relative to each other, and wherein a distance between the cutting teeth and the base member varies along a longitudinal direction of the respective blade members.

According to another embodiment of the present disclosure, a hole saw includes a base member supporting a set of blade members, each blade member having a sawing portion with cutting teeth, the sawing portion having a medial portion and oppositely disposed distal ends, and wherein a distance between the cutting teeth and the base member at the medial portion is greater than at the distal ends.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

For a more complete understanding of the present application, the objects and advantages thereof, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a diagram illustrating a top perspective view of a hole saw according to the present disclosure;

FIG. 2 is a diagram illustrating a bottom perspective view of the hole saw of FIG. 1 according to the present disclosure;

FIG. 3 is a diagram illustrating an enlarged view of a portion of the hole saw of FIG. 2 according to the present disclosure;

FIG. 4 is a diagram illustrating a view of the hole saw of FIG. 1 taken from the line 4-4 of FIG. 1;

FIG. 5 is a diagram illustrating a view of the hole saw of FIG. 1 taken from the line 5-5 of FIG. 1;

FIG. 6 is a diagram illustrating a top view of the hole saw of FIG. 1 taken from the line 6-6 of FIG. 4;

FIGS. 7A-7C are diagrams illustrating progressive stages of cuts formed in a structure during a cutting process/operation using the hole saw of FIGS. 1-6 according to the present disclosure;

FIGS. 8A-8C are diagrams illustrating the hole saw of FIG. 1-6 attached to a drive device and performing the cutting process/operation depicted in FIGS. 7A-7C; and

FIG. 9 is a diagram illustrating a hole formed in a structure using the hole saw of FIG. 1-6 resulting from the cutting process/operation depicted in FIGS. 7A-7C and 8A-8C according to the present disclosure.

## DETAILED DESCRIPTION

Embodiments of the present disclosure provide a hole saw that may be used to form a variety of sizes and/or shapes of holes and/or openings in a structure. According to one embodiment, a hole saw includes a base member configured to secure the hole saw to a drive device; and a set of blade members extending from the base member, each blade member including a sawing portion having cutting teeth, the sawing portion having a medial portion connected to the base member, the sawing portion having oppositely extending, freestanding distal ends. In some embodiments, the hole saw may be attached to an oscillating power tool or oscillating drive device. The oscillating drive device vibrates the hole saw back and forth in a narrow arc (e.g., approximately 3°-4°) and causes the hole saw to create an opening in a structure corresponding to the locations/orientations of the blade members relative to each other.

With reference now to the Figures and in particular with reference to FIGS. 1-6, diagrams illustrating a hole saw 10 according to the present disclosure is illustrated. FIG. 1 is a diagram illustrating a top perspective view of hole saw 10 according to the present disclosure; FIG. 2 is a diagram illustrating a bottom perspective view of hole saw 10 of FIG. 1 according to the present disclosure; FIG. 3 is a diagram illustrating an enlarged view of a portion of hole saw 10 of FIG. 2 according to the present disclosure; FIG. 4 is a diagram illustrating a view of hole saw 10 of FIG. 1 taken from the line 4-4 of FIG. 1; FIG. 5 is a diagram illustrating a view of hole saw 10 of FIG. 1 taken from the line 5-5 of FIG. 1; and FIG. 6 is a diagram illustrating a top view of hole saw 10 of FIG. 1 taken from the line 6-6 of FIG. 4.

In the illustrated embodiment, hole saw 10 is configured to create a rectangular opening in a wall or other structure. However, it should be understood that hole saw 10 may be differently configured to create other sizes and/or shapes of openings (e.g., triangular, hexagonal, octagonal, etc.) based on the locations and/or orientations of the cutting blades of hole saw 10 relative to each other, as described in further detail below.

In the illustrated embodiment, hole saw 10 includes a base member 12 for securing hole saw 10 to a drive device (e.g., an oscillating drive device capable of vibrating and/or moving hole saw 10 back and forth in a narrow arc (e.g., approximately 3°-4°)). For example, in some embodiments, hole saw 10 is releasably securable to a drive device such as an oscillating power tool. In the illustrated embodiment, base member 12 includes an opening 14 configured to enable the releasable attachment of hole saw 10 to such drive device. It should be understood that hole saw 10 and/or base member 12 may be otherwise configured to facilitate attachment to different types of drive devices. Also, it should be understood that hole saw 10 may be configured as a permanent and/or non-removable component of a drive device.

US 9,737,941 B2

3

In the illustrated embodiment, hole saw 10 includes a number or set of blade members 20 extending upwardly from base member 12 (e.g., away from the drive device and toward a wall/structure in which an opening is desired). Blade members 20 are located and/or positioned relative to base member 12 to provide a desired size and/or shape of opening in a wall/structure. For example, in the illustrated embodiment, hole saw 10 includes four blade members 20, and each located and extending upwardly at an approximate right angle from a different side of base member 12. However, it should be understood that blade members 20 may be at different angles relative to base member 12 (e.g., to produce a tapered plug having slanted/angled cuts through a structure). In the illustrated embodiment, each blade member 20 is positioned at approximately a right angle (or orthogonally) relative to an adjacent blade member 20 to enable the creation of a rectangular opening in a wall/structure. However, as described above, the number of blade members 20 and/or positions relative to each other may be varied to create a different size/shape opening in a structure (e.g., three blade members 20 to create a triangular opening).

In the illustrated embodiment, each blade member 20 includes a stabilizing portion 22 located near and connected to base member 12, and a sawing portion 24 connected to stabilizing portion 22 via a necked down or reduced width extender portion 26. For example, in the illustrated embodiment, stabilizing portion 22 extends substantially the entire length of a respective edge 27 of base member 12 and extends upwardly away from base member 12 to a height to provide a sufficient level of rigidity and/or stability for the respective blade member 20. As illustrated in the figures, each sawing portion 24 includes cutting teeth 28 extending along an uppermost edge of sawing portion 24 for cutting into a corresponding wall/structure. Sawing portion 24 extends a distance approximately equal to a distance of a corresponding side of a desired opening size/shape in the wall/structure.

In the illustrated embodiment, extender 26 is located approximately medially relative to a length or longitudinal distance of stabilizing portion 22 (e.g., measured in a direction indicated by 29). Sawing portion 24 extends upwardly from extender 26 and extends distally therefrom in opposite directions to have oppositely disposed (i.e., at opposite ends thereof) freestanding ends 30 (i.e., separated from and/or spaced apart from corresponding locations of stabilizing portion 22). In the illustrated embodiment, sawing portion 24 is configured to have distally located, freestanding ends 30 to enable ends 30 to be flexible to facilitate transverse movement thereof relative to a longitudinal cutting direction of sawing portion 24. For example, as best illustrated on FIGS. 4 and 6, the illustrated hole saw 10 includes four blade members 20 (blade members $20_1$, $20_2$, $20_3$ and $20_4$). For ease of description, the operation and/or movement of blade member $20_1$ will be described; however, it should be understood that the operation and/or movement described is equally applicable to blade members $20_2$-$20_4$. The cutting portion 24 of blade member $20_1$ is configured to cut into a structure along a longitudinal direction 32 (e.g., aligned with the longitudinal direction of the respective blade member 20). Free ends 30 of cutting portion 24 are spaced apart and/or separated from proximate members of stabilizing portion 22 to enable lateral and/or transverse movement of ends 30 relative to direction 32 (e.g., movement of ends 30 in a direction 34). For example, if a medial portion of cutting portion 24 (e.g., near extender 26) is held firmly, ends 30 may move or flex in a direction 34 relative thereto because of the unsupported nature of ends 30. It

4

should be understood that the distal ends 30 of each blade member 20 may flex in a direction similar to direction 34 based on the respective blade member 20.

As best illustrated in FIG. 3, ends 30 of adjacent sawing portions 24 are disconnected from each other to enable independent movement thereof relative to each other. In the illustrated embodiment, ends of adjacent stabilizing portions 22 are also disconnected from each other; however, it should be understood that ends of adjacent stabilizing portions 22 may also be connected to each other to provide increased rigidity of corresponding blade members 20. It should also be understood that in some embodiments, stabilizing portion 22 may be omitted if extender 26 provides suitable strength, stiffness and/or rigidity to support cutting portion 24. Thus, in such an embodiment, ends 30 of cutting portion 24 would be spaced apart from base member 12 to enable ends 30 to move laterally/transversely relative to a longitudinal cutting direction of a respective cutting blade 20. Thus, extender 26 connects a medial portion of cutting portion 24 to stabilizing portion 22 and/or base member 12 while also being a cantilever support for freestanding or unsupported distal ends 30 of cutting portion 24.

Referring to FIG. 4, cutting portion 24 is configured such that a medial portion or location 40 of cutting portion 24 extends upwardly away from base member 12 a greater distance than distal ends 30. For example, In the illustrated embodiment, the upper edge of cutting portion 24 containing teeth 28 is arcuately formed such that the upper cutting edge of cutting portion 24 curves downwardly from medial location 40 towards distal ends 30. However, it should be understood that the upper edge of cutting portion 24 may also be otherwise formed (e.g., extending linearly downward from medial location 40 toward distal ends 30). Thus, a distance from base member 12 to the cutting teeth 28 is greater at medial location 40 of blade member 20 than at distal ends 30. In other words, the distance from the cutting teeth to the base 12 varies along a longitudinal length/ direction of the respective cutting blade (e.g., decreasing toward the distal ends 30).

FIGS. 7A-7C are diagrams illustrating progressive stages of cuts formed in a structure during 50 of a cutting process/ operation using hole saw 10 of FIGS. 1-6 according to the present disclosure; FIGS. 8A-8C are diagrams illustrating hole saw 10 of FIG. 1-6 attached to an oscillating drive device 60 and performing the cutting process/operation depicted in FIGS. 7A-7C; and FIG. 9 is a diagram illustrating a hole or opening 70 formed in structure 50 using hole saw 10 of FIGS. 1-6 resulting from the cutting process/ operation depicted in FIGS. 7A-7C and 8A-8C according to the present disclosure. In operation, hole saw 10 is placed against structure 50. For example, with hole saw 10 connected to drive device 60, medial locations 40 of sawing portions 24 are initially in contact with the structure 50. As force is applied to hole saw 10 toward the structure 50, teeth 28 begin cutting into the structure 50 in the region of medial locations 40. For example, FIG. 7A is a diagram depicting a surface of structure 50 during an initial phase of the sawing process where teeth 28 have formed initial cuttings or cut paths 52 into the structure 50. With the oscillating drive device 60, hole saw 10 is generally subject to vibrational and/or rotational movement relative to the structure 50. For example, an oscillating drive tool may produce 2°-4° of rotational movement in direction 54 relative to an axis 56. However, at medial locations 40, the rotational movement is substantially tangential to the longitudinal cutting direction

App'x 15

US 9,737,941 B2

5

of a respective sawing portion **24**, thereby essentially producing a linear and/or non-rotational cutting path **52** into the structure **50**.

As the cutting process continues and continued force is applied to hole saw **10** toward the structure **50**, further portions of teeth **28** located distally from medial locations **40** begin to contact and cut into the structure **50**. For example, FIG. **7B** is a diagram illustrating the structure after further cutting with hole saw **10** such that the length of cuttings **52** have increased due to additional cutting teeth **28** distal from medial locations **40** coming into contact with the structure **50**. Because portions of sawing portion **24** extending distally from medial location **40** become or are separated from stabilizing portion **22**, such portions of sawing portion **24** are free to flex and move relative to the medial location **40** (e.g., the distal portions may move laterally/transversely relative to a respective cutting direction of the respective saw blade **20**). Thus, in operation, as hole saw **10** moves into the structure, even though the hole saw **10** is being rotationally moved/driven, flexible and/or distal portions of the sawing portions **24** follow the initially formed cuttings **52** which are formed in a longitudinal direction aligned with the respective blade members **20** due to the flexibility of the distal portions of the cutting portions **24**. Thus, as hole saw **10** continues to move inward and cut into the structure **50**, further portions of cutting portions **24** toward distal ends **30** cut into the structure and follow the previously formed cuttings **52**, as depicted in FIG. **7C**. Thus, despite the oscillating and/or rotational movement of the hole saw **10** in general relative to the structure **50** (e.g., from drive device **60**), the flexible portions of the cutting portions **24** located distal to medial locations **40** enable such cutting portions **24** to flex to follow the previously formed cuttings **52** and create such cuttings **52** corresponding to the overall size and/or shape formed by the blade members **20**. Accordingly, in operation, the cutting portions **24** of the hole saw **10** enable rotational movement of the hole saw **10** in general to be changed and/or translated into a linear cutting motion corresponding to the longitudinal direction of each respective blade member **20**.

Thus, in operation, as the distance from the medial location **40** of the cutting portions **24** toward distal ends **30** increases, the sawing portion **24** becomes increasingly flexible to enable those distal portions of the blade members **20** to flex and follow the earlier formed cutting paths **52** even though the hole saw is being oscillated/rotated relative to the structure. Generally, forming blade members **20** as described herein enables the rotational movement of hole saw **10** to be translated into a linear cutting motion corresponding to the shape/design of the respective blade member **20**.

The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the disclosure. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

The corresponding structures, materials, acts, and equivalents of all means or step plus function elements in the claims below are intended to include any structure, material, or act for performing the function in combination with other claimed elements as specifically claimed. The description of the present disclosure has been presented for purposes of

6

illustration and description, but is not intended to be exhaustive or limited to the disclosure in the form disclosed. Many modifications and variations will be apparent to those of ordinary skill in the art without departing from the scope and spirit of the disclosure. The embodiment was chosen and described in order to best explain the principles of the disclosure and the practical application, and to enable others of ordinary skill in the art to understand the disclosure for various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

1. A hole saw, comprising:

a base member configured to secure the hole saw to a drive device; and

first and second pairs of blade members extending orthogonally from the base member, the blade members of the first pair disposed parallel to each other, the blade members of the second pair disposed parallel to each other, the first pair disposed orthogonally to the second pair, the base member and the first and second pairs forming an open-sided boxed-shaped hole saw, each of the blade members are attached to the base member in a fixed position relative to the base member, each of the blade members having cutting teeth defining a cutting direction, each of the blade members having oppositely extending, freestanding distal ends, each blade member having a reduced width in the cutting direction located between the cutting teeth and the base member.

2. The hole saw of claim **1**, wherein the cutting teeth of each blade member define an arcuately-shaped edge.

3. The hole saw of claim **1**, wherein each of the blade members includes a medial portion and in each of the blade members a group of the cutting teeth located near the medial portion are located a greater distance from the base member than a group of the cutting teeth located near the distal ends.

4. The hole saw of claim **1**, wherein each of the blade members includes a sawing portion having the cutting teeth and defining the distal ends and an extender portion defining the reduced width and being disposed between the sawing portion and the base member.

5. The hole saw of claim **1**, wherein each of the blade members include: a sawing portion having the cutting teeth and the distal ends, wherein the distal ends define a saw portion linear width; a stabilizer portion connected to the base member and having a stabilizer portion linear width substantially parallel to the saw portion linear width; and an extender portion defining the reduced width and connecting the sawing portion and the stabilizer portion.

6. A hole saw, comprising:

a base member supporting first and second pairs of blade members, each blade member having cutting teeth extending in a cutting direction, the first pair of blade members arranged in a non-circular relationship relative to the second pair of blade members, and wherein a distance between the cutting teeth and the base member varies along the cutting direction, and wherein each of the blade members is disposed orthogonal to the base member and includes:

a stabilizer portion connected to the base member;

a sawing portion having the cutting teeth, the sawing portion and the stabilizer portion each extending a length in the cutting direction; and

an extender portion extending between and connecting the sawing portion and the stabilizer portion, wherein a length of the extender portion in the cutting direction is less than the lengths of the stabilizer portion and the sawing portion.

App'x 16

US 9,737,941 B2

7

**7**. The hole saw of claim **6**, wherein the sawing portion has oppositely disposed, freestanding distal ends.

**8**. The hole saw of claim **7**, wherein the distance in each of the blade members at a medial location of the sawing portion is greater than the distance at distal ends.

**9**. The hole saw of claim **6**, wherein the first pair of blade members are located orthogonal to the second pair of blade members.

**10**. The hole saw of claim **6**, wherein the cutting teeth of each of the blade members define an arcuate edge.

**11**. The hole saw of claim **6**, wherein the extender portion is medially located relative to the sawing portion and the stabilizer portion.

**12**. The hole saw of claim **6**, wherein the sawing portion has oppositely disposed, freestanding distal ends located in spaced apart relationship from distal ends of the stabilizer portion, the sawing portion configured to enable the distal ends of the sawing portion to flex laterally relative to the cutting direction independently of the distal ends of the stabilizer portion.

**13**. A hole saw, comprising:

a base member supporting first and second pairs of blade members extending perpendicular to the base member, the blade members of the first pair disposed parallel to each other, the blade members of the second pair disposed parallel to each other, the first pair disposed orthogonally to the second pair, each of the blade members having a sawing portion with cutting teeth defining the cutting direction, the sawing portion hav-

8

ing oppositely disposed distal ends, each blade member having a reduced width in the cutting direction located between the cutting teeth and the base member, and wherein in each of the blade members a distance between the cutting teeth and the base member at a medial location of the sawing portion relative to the cutting direction is greater than at the distal ends, and wherein in each of the blade members the distal ends are configured to flex transversely relative to the cutting direction, and wherein the base member is configured to be fixedly coupled to a drive device to enable the base member to rotationally oscillate relative to a structure in response to receiving oscillating, rotational movement via the drive device, the rotationally oscillating movement of the base member causing each of the blade members to simultaneously create a linear cut through the structure.

**14**. The hole saw of claim **13**, wherein the cutting teeth of each of the blade members define an arcuately-shaped edge.

**15**. The hole saw of claim **13**, wherein the sawing portion is connected to the base member via an extender portion and the extender portion defines the reduced width.

**16**. The hole saw of claim **13**, wherein each of the blade members further include a stabilizer portion connected to the base member; and a necked-down extender portion defining the reduced width and connecting the sawing portion and the stabilizer portion.

* * * * *

App'x 17

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LABOR SAVING SYSTEMS LTD.** | § | |
| **d/b/a Magnepull,** | § | |
| *Plaintiff,* | § | |
| | § | **Case No. _____** |
| v. | § | |
| | § | |
| **HARBOR FREIGHT TOOLS USA, INC.,** | § | |
| **DOES 1–79,** | § | |
| *Defendants.* | § | |

## <u>DECLARATION OF MARK TURNER</u>

1.   "My name is Mark Turner. I am over eighteen years of age and am legally competent to make this declaration, which is true and correct, is based on my personal knowledge.

2.   Labor Saving Systems Ltd. d/b/a Magnepull, is a Limited Liability Partnership in Arlington Texas, which I own. It operates a website found at https://www.magnepull.com/

3.   I make this declaration in support of Plaintiff's Original Complaint and all exhibits attached thereto (collectively, the "Complaint"), and in support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, and Service of Process by email, and all exhibits attached thereto (collectively, the "Motion"), all of which I have read in their entireties. All of the information contained in the Complaint and the Motion is within my personal knowledge, is true and correct. I have come to personal knowledge of the stated facts in the Complaint, the Motion, and this Declaration by virtue of my position as Magnepull's founder and owner.

4.   I filed what is now U.S. Patent No. 9,737,941 for the "Hole Saw" ("Patent"). I assigned all rights to the Patent to Magnepull. The assignment is filed with the USPTO. The Patent is attached as Exhibit 1 to the Complaint.

Declaration of Mark Turner                                    1

5.   I began making the Hole Saw in 2016 and I sold them at that time in 15 stores, 1 show, and 2 websites in Texas. I then add the hole saw to https://www.magnepull.com/ store in 2020 and have since sold tens of thousands of units of the Hole Saw to customers around the world. Because all of the Hole Saw ornaments are handmade steal saws, they have become enormously popular over the years, which has resulted in accumulating substantial consumer goodwill on an international level.

6.   As of the date of this declaration, Magnepull has over 1,900 followers on Facebook and thousands of reviews across Amazon, Ebay, Home Depot, Graybar Electric, Dow Electronics, Locke supply, Discount Low Voltage, HB Distributors, Custom Tool Supply, Toolnut, Markertek, Technec, North American Cable Equipment, Northfolk Wire & Electronics, Budco, Root Brother Mfg. And Supply Co., Kansas City Electrical Supply, Border States Electric Supply (Harris Electric), Sheilds Electronic Supply, Altex, Hannan Supply Company, Data Optics Cable Inc., Elliot Electric Supply, Morrison Supply, Reynolds, Rexel Electric, FS3 Inc., Codale Electric Supply, Inc., and Centurytel – a majority of these reviews speak to the exceptional materials, style, and workmanship of Magnepull's hole saw.

7.   On July 31, 2002, I purchased the https://www.magnepull.com/ domain name and began running an independent website for my business at that domain (the "Magnepull Website"). Product Patent numbers, as well as pending Patent numbers, are proudly displayed with each corresponding product.

8.   Prices for authentic Magnepull Hole Saw's range from $45.00.

9.   All authentic Magnepull products are sold online via the  https://www.magnepull.com/ and 14 websites, which feature proprietary content and inventions exclusive to me. I have never assigned or licensed my Registration, and I have never signed any licensing agreements with any

Declaration of Mark Turner                    2

third parties to manufacture, distribute or otherwise use its Hole Saw Products. I maintain strict quality control standards for all of my products, which are wholly manufactured and distributed by me, in Arlington, Texas.

10. I have been diligent in monitoring potential infringements of my products over the years. I recently noticed that many individuals and companies had started selling infringing copies of the Hole Saw on online webstores (the "Infringing Webstores"). In learning of this wide-spread infringement, I sent many of these infringing sellers cease and desist demands, in addition to reporting them on their respective webstores.

11. After further investigation, within the span of about a month, I found dozens of infringers who have been manufacturing, using, offering, and selling the Accused Products through over one-hundred (100) unique online listings – these infringers are the Defendants against whom this lawsuit has been filed (the "Defendants").

12.  Prices for the Accused Products are both lower, and higher, than the prices of genuine Magnepull products. The Accused Products are also of substantially lower quality than the genuine Products and are available to ship to purchasers in the United States and to purchasers within the Northern District of Texas, as well as purchasers in surrounding countries.

13. Financial compensation will not be enough to account for the Defendants' infringing actions because the Defendants' actions have caused – and are still causing – Magnepull loss of quality control over its own products, and damage to Magnepull's reputation and goodwill. Such damage is irreparable.

14. Because the Defendants are selling the Accused Products from foreign jurisdictions (primarily China), without providing their mailing or physical contact addresses – and while operating the Infringing Webstores using fictitious names – I expect that the Defendants, upon

Declaration of Mark Turner                3

receiving notice of this lawsuit, will withdraw their illegally-obtained profits, close their Infringing Webstores, and disappear. It is thus vitally important that the Defendants' assets be restrained as soon as possible to prevent this from happening, which could result in enormous financial loss for Magnepull.

15. I have been unable to access the Defendants' personal and contact information, as this information is not made public. However, valid email addresses must be established and verified by each of the various e-commerce platforms on which the Defendants operate, before the Defendants are able to list their products. Therefore, each Defendant in this case had to provide the relevant e-commerce platforms, with a working email, in order to operate and conduct business. I have been unable to contact but a fraction of those I have attempted to discuss this dispute. A true set of archetypical emails showing these efforts are attached as Exhibit 6.

Executed on, December 29, 2021,

_____
Mark Turner

Declaration of Mark Turner                    4

| Doe# | Marketplace | Seller Name | Seller ID | Seller URL | Product ID | Product URL |
|---|---|---|---|---|---|---|
| 1 | Amazon | GuangzhouXuanningDianziShangwuMaoyiYouxianGongsi | Mirashine | ng=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3CNVEOQK8IDEJ&sshmPath= | B092CPM5HH | https://www.amazon.com/MiraShine-Oscillating-Universal-Attachment-Multimaster/dp/B092CPM5HH |
| 2 | Amazon | folconroad | | | B09FLRTZG8 | https://www.amazon.com/Stainless-Compatible-oscillating-Multi-Tools-Rectangle/dp/B09FLRTZG8 |
| 3 | Amazon | LOW PRICE SUPPLY INC | | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A25T7WW49204TR&sshmPath= | B08F31D3N9 | https://www.amazon.com/Electrical-Cutout-Oscillating-Multi-Tools-Universal/dp/B08F31D3N9 |
| 4 | Amazon | Qingguoshengwuwangluokejiyouxiangongsi | Petnino | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LIEVR2EJP1T6&sshmPath= | B09FFB84BR | https://www.amazon.com/Rectangle-Stainless-Low-Voltage-Electrical-Compatible/dp/B09FFB84BR?th=1 |
| 4 | Amazon | Qingguoshengwuwangluokejiyouxiangongsi | Petnino | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LIEVR2EJP1T6&sshmPath= | B09FF7QPX7 | https://www.amazon.com/Rectangle-Stainless-Low-Voltage-Electrical-Compatible/dp/B09FF7QPX7/ref=sr_1_1?keywords=B09FF7QPX7&qid=1639505627&s=industrial&sr=1-1&th=1 |
| 5 | Amazon | JINJIANGQU YUANXUEYUANMEI SHANGMAOBU | Source beauty | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A164LOHBQ6ANIW&sshmPath= | B09FKZHQQ2 | https://www.amazon.com/Ziermo-Rectangle-Compatible-Oscillating-Multi-Tools/dp/B09FKZHQQ2/ref=sr_1_1?keywords=B09FKZHQQ2&qid=1639505721&s=industrial&sr=1-1&th=1 |
| 6 | Amazon | suininglufengwangdianzishangwuyouxiangongsi | Luufenegwacgn | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1CC9LS6P6RY3G&sshmPath= | B09H27TNXQ | https://www.amazon.com/Rectangle-Electric-Oscillating-Stainless-Electrical/dp/B09H27TNXQ/ref=sr_1_1?keywords=B09H27TNXQ&qid=1639505942&sr=8-1 |
| 7 | Amazon | hefeiyuesixinxijishuyouxiangongsi | Yuesiyary | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ADCQ7LJ1UJ050&sshmPath= | B09DPM1MRK | https://www.amazon.com/Stainless-Effortless-Universal-Plasterboard-Rectangle/dp/B09DPM1MRK/ref=sr_1_1?keywords=B09DPM1MRK&qid=1639506017&sr=8-1&th=1 |
| 7 | Amazon | hefeiyuesixinxijishuyouxiangongsi | Yuesiyary | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ADCQ7LJ1UJ050&sshmPath= | B09DPLYT5B | https://www.amazon.com/Stainless-Effortless-Milling-Universal-Plasterboard/dp/B09DPLYT5B/ref=sr_1_1?keywords=B09DPLYT5B&qid=1639506063&sr=8-1&th=1 |
| 8 | Amazon | xixianxinqufengdongxinchengyujinanbaihuodian | Jordan-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3H364F3KLB7EP&sshmPath= | B09F3DM2G4 | https://www.amazon.com/Stainless-Installation-Oscillation-Compatible-Universal/dp/B09F3DM2G4/ref=sr_1_1?keywords=B09F3DM2G4&qid=1639506116&sr=8-1&th=1 |
| 9 | Amazon | xixianxinqufengdongxinchengyujinanbaihuodian | Jordan-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3H364F3KLB7EP&sshmPath= | B09F3C8DBB | https://www.amazon.com/Stainless-Installation-Oscillation-Compatible-Universal/dp/B09F3C8DBB/ref=sr_1_1?keywords=B09F3C8DBB&qid=1639507925&sr=8-1&th=1 |
| 10 | Amazon | hefeisiteruigewangluokejiyouxiangongsi | Holph | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AHGIXY3FKMO87&sshmPath= | B09F9K1GK9 | https://www.amazon.com/Oscillating-Stainless-Rectangle-Milling-Plasterboard/dp/B09F9K1GK9/ref=sr_1_1?keywords=B09F9K1GK9&qid=1639507980&sr=8-1 |

App'x 22

| # | Platform | Name | Store | URL1 | ID/Number | URL2 |
|---|---|---|---|---|---|---|
| 11 | Amazon | yongdingqujiancuiyoubaihuodian | Quen-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A25TRC3WMMMEBW&sshmPath= | B09F373LCF | https://www.amazon.com/Stainless-plastic-oscillating-Universal-Attachment/dp/B09F373LCF/ref=sr_1_1?keywords=B09F373LCF&qid=163950803&&sr=8-1 |
| 12 | Amazon | Hefei Tancha E-Commerce Co., Ltd. | TahdaidnChar | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2GF0IM33KRCBH&sshmPath= | B09FJW79JB | https://www.amazon.com/Pieces-Stainless-Woodworking-Slotting-Open%EF%BC%88Silver/dp/B09FJW79JB/ref=sr_1_1?keywords=B09FJW79JB&qid=1639508098&sr=8-1 |
| 13 | Amazon | Xiaoguangniuriu | Zuihoudexliwang | | | https://www.amazon.com/Stainless-Low-Voltage-Electrical-Mounting-Rectangle/dp/B09GB1CMK2/ref=asc_df_B09GB1CMK2/?tag=hyprod-20&linkCode=df0&hvadid=532825202294&hvpos=&hvnetw=g&hvrand=5281185425454991361&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9027195&hvtargid=pla-1456421557100&psc=1 |
| 14 | Amazon | LGIANG | LIANGJIAN | https://www.amazon.com/s?k=LIANGJIAN&ref=bl_dp_s_web_0 | | https://www.amazon.com/Stainless-Square-Oscillating-Universal-Rectangle/dp/B09GKY4V19 |
| 15 | Amazon | KDGENG | Wormyd | https://www.amazon.com/s?k=Wormyd&ref=bl_dp_s_web_0 | | https://www.amazon.com/Square-Stainless-Universal-Plasterboard-Cutting/dp/B09D9M1GQY?th=1 |
| 16 | Zezzo | Zazzo | | | | https://zezzoshop.com/products/slot-cutter?_pos=1&_sid=3fef1809e&_ss=r&variant=40622011809950 |
| 17 | Ebay | Zezzo | zezzoshop | https://www.ebay.com/usr/zezzoshop?_trksid=p2047675.l2559 | 3.04136E+11 | https://www.ebay.com/itm/304136382190?hash=item46cff0e6ee:g:EtgAAOSw61RhNyf4 |
| 18 | Ebay | Zezzo | zezzo-shop | https://www.ebay.com/usr/zezzo-shop?_trksid=p2047675.l2559 | 3.53695E+11 | https://www.ebay.com/itm/353694839124 |
| 19 | Ebay | lnuafney | lnuafney | https://www.ebay.com/usr/lnuafney?_trksid=p2047675.l2559 | 3.9363E+11 | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Opener-Precise-Cutting-Quickly-With-Standard-Oscillating/393629758368 |
| 20 | Ebay | shangya_69 | shangya_69 | https://www.ebay.com/usr/shangya_69?_trksid=p2047675.l2559 | 2.24612E+11 | https://www.ebay.com/itm/224611691261?hash=item344be66afd:g:FqAAAOSw4GlhLy76 |
| 21 | Ebay | lolomahhale | lolomahhale | https://www.ebay.com/usr/lolomahhale?_trksid=p2047675.l2559 | 3.13654E+11 | https://www.ebay.com/itm/313653555721?hash=item4907357209:g:nj0AAOSwZgxhKXHH |
| 22 | Ebay | thealienstore | thealienstore | https://www.ebay.com/usr/thealienstore?_trksid=p2047675.l2559 | 3.7372E+11 | https://www.ebay.com/itm/373720021651?hash=item57037f2fa93:g:pTYAAOSwLtxhP0DT |
| 23 | Ebay | camarel-custard | camarel-custard | https://www.ebay.com/usr/camarel-custard?_trksid=p2047675.l2559 | 3.84415E+11 | https://www.ebay.com/itm/384415446154?hash=item5980f2348a:g:8-YAAOSwIFhhUZDV |
| 24 | Ebay | dealbestshop | dealbestshop | https://www.ebay.com/usr/dealbestshop?_trksid=p2047675.l2559 | 1.24972E+11 | https://www.ebay.com/itm/124971509794?hash=item1d18e1e822:g:dM8AAOSw8PRhdoL0 |
| 25 | Ebay | kiko76 | kiko76 | https://www.ebay.com/fdbk/feedback_profile/kikio76?filter=feedback_page:RECEIVED_AS_SELLER&_trksid=p2047675.l2560 | 1.5467E+11 | https://www.ebay.com/itm/154670079300?hash=item24030e1d44:g:CWAAAOSwITRhd^X5 |
| 26 | Ebay | fezzol | fezzol | https://www.ebay.com/usr/fezzol?_trksid=p2047675.l2559 | 2.03743E+11 | https://www.ebay.com/itm/203743049124?hash=item2f700835a4:g:9yUAAOSwyVFhLthb |
| 27 | Ebay | suntopko | suntopko | https://www.ebay.com/usr/suntopko?_trksid=p2047675.l2559 | 1.33916E+11 | https://www.ebay.com/itm/133916085242?hash=item1f2e054bfa:g:F5UAAOSwlL5heROt |
| 28 | Ebay | aattp | aattp | https://www.ebay.com/str/aattp | 2.84442E+11 | https://www.ebay.com/itm/284442317252?hash=item423a1551c4:g:T0QAAOSwGU1hN2ZI |
| 29 | Ebay | bead-wholesale | bead-wholesale | https://www.ebay.com/usr/bead-wholesale?_trksid=p2047675.l2559 | 3.34147E+11 | https://www.ebay.com/itm/334146592879?hash=item4dccb0606f:g:eIEAAOSwRn1hPrcb |
| 30 | Ebay | jiegeng9527 | | https://www.ebay.com/usr/jieheng9527?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Opener-Precise-Cutting-Quickly-With-Standard-Oscillating/304225746782 |
| 31 | Ebay | morningfast-1 | | https://www.ebay.com/usr/morningfast-1?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Open-Precise-Cutting-Quickly-With-Standard-Oscillating/203705902104 |

| | | | | |
|---|---|---|---|---|
| 32 | Ebay | jakeypatato111 | https://www.ebay.com/usr/jakeypatato111?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/334229820668?hash=item4dd1094fd4:g:t4AAOSwavVhSw5W |
| 33 | Ebay | motownthrifts | https://www.ebay.com/usr/motownthrifts?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/274673370071?hash=item3ff3cf03d7:g:L5kAAOSwPPZgHdcE |
| 34 | Ebay | 3817brian | https://www.ebay.com/str/3817brian?mkevt=1&mkcid=1&mkrid=711-53200-19255-0&campid=5336728181&customid=&toolid=10001 | https://www.ebay.com/itm/402659205112?hash=item5dc05bdff8:g:hTkAAOSwos1gDemK |
| 35 | Ebay | topdeals_247 | https://www.ebay.com/usr/topdeals_247?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/373283098545 |
| 36 | Ebay | queenmicro | https://www.ebay.com/usr/queenmicro?_trksid=p2047675.m3561.l2559 | https://www.ebay.com/itm/254779731778?hash=item3b520e2f42:g:zCAAAOSwZ5Vfsg7N |
| 37 | Harbor Freight | Harbor Freight | https://www.harborfreight.com/ | https://www.harborfreight.com/electrical-box-cut-out-saw-for-oscillating-multi-tools-56666.html |
| 38 | Alibaba | Yiwu Paili E-Commerce Firm | https://paili2020.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.4ddd2f8cWiWoLh | https://paili2020.en.alibaba.com/product/1600367795817-0/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.11.21c64965yx8MFC |
| 39 | Alibaba | Zhuhai Onetwothree Technology Co., Ltd | https://cnonetwothree.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.531221c4qmxnRA | https://cnonetwothree.en.alibaba.com/product/1600371615444-828984717/Oscillating_Multi_Tool_Blade_Saw_for_Single_Gang_Outlet_Box_Square_Slot_Cutter_with_Four_Blades_Multi_Tool_Single_Double_Gang.html?spm=a2700.shop_plser.41413.13.19dd531cd0rcY1 |
| 40 | Alibaba | Shenzhen Hongying Supply Chain Co., Ltd. | https://leite20150120.en.alibaba.com/?spm=a2700.details.cordpanyb.2.736929567CzRgd | https://leite20150120.en.alibaba.com/product/1600324280194-820896345/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.14.78d45250wup6cv |
| 41 | Alibaba | Yiwu Paili E-Commerce Firm | https://paili2020.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.52d52f8chmcl3l | https://paili2020.en.alibaba.com/product/1600367795817-0/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.11.1fd44965c1Bnhk |
| 42 | Alibaba | Shanghai Toolway International Trading Ltd. | https://toolwaygroup.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.748842fdiTzPt3 | https://toolwaygroup.en.alibaba.com/product/1600317406792-905333508/TOOLWAY_75_75_22mm_Oscillating_multi_tool_quick_change_HCS_box_cutter_cutting_tools_for_plaster_board.html?spm=a2700.shop_plser.41413.27.7f13e43aixzapq |
| 43 | Alibaba | Shanghai Toolway International Trading Ltd. | https://toolwaygroup.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.748842fdiTzPt3 | https://toolwaygroup.en.alibaba.com/product/1600318384808-905333508/TOOLWAY_75_135_22mm_Oscillating_multi_saw_blades_quick_change_double_socket_box_cutter.html?spm=a2700.shop_plser.41413.20.2e4be43aB2SjvA |
| 44 | Alibaba | Shenzhen Fengan Trade Co., Ltd. | https://cn1524390485ugcp.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.616e1f36KEm9dN | https://cn1524390485ugcp.en.alibaba.com/product/1600341089976-826800685/Stainless_Steel_Square_Slot_Cutter_Quickly_and_Effortlessly_Cut_in_Single_and_Double_Gang_Boxes_Make_a_Smooth_Cutting_Surface.html?spm=a2700.shop_plser.41413.16.42dc3364aqLdDP |
| 45 | Alibaba | Shenzhen Mixiang E-Commerce Co., Ltd. | https://mixiang.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.637e1b8aYHTvL6 | https://mixiang.en.alibaba.com/product/10000003147455-825804796/New_Square_Slot_Cutter_Universal_Open_backed_Design_for_Plasterboard_Dry_Wall_Gang_Socket_Holes_Opener_Tools_Square_Slot_Cutter.html?spm=a2700.shop_plser.41413.18.61f94d52ZcAyNK |

| No | Platform | Company | Store | Seller URL | Seller ID | Product URL |
|---|---|---|---|---|---|---|
| 46 | Alibaba | Shenzhen Wasailang Trading Co., Ltd. | | https://waslang.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.6d097e25hvb1Mo | | https://waslang.en.alibaba.com/product/1600332230157-...New_Square_Slot_Cutter_Universal_for_Woodworking_Square_Cutting_Saw_Blade_Square_Groove_Knife_Gang_Socket_Holes_Opener_Tools.html?spm=a2700.shop_plser.41413.16.6af45f02pmbJg6 |
| 47 | Alibaba | Hangzhou Xiaoshan Changyu Metal Machinery Co., Ltd. | | https://hzcywj.en.alibaba.com/?spm=a2700.details.cordpanyb.2.4a6c582c771p3m | | https://hzcywj.en.alibaba.com/product/1600235198196-811308060/Factory_Hot_Sale_Oscillating_Multi_Tool_Quick_Change_HCS_single_gang_socket_back_box_cutter_saw_blade.html?spm=a2700.shop_plser.41413.38.6ce63536xz0JYN |
| 48 | Walmart | dongguanshichunshuwangluokejiyouxiangongs | | | 20001367901@#me336 | https://www.walmart.com/ip/HOTBEST-Square-Slot-Cutter-Multi-Tool-Single-And-Double-Gang-Electrical-Wall-Outlet-Compatible-With-Most-Industry-Standard-Oscillating-Multi-Tools-Pr/307711729?athbdg=L1400 |
| 49 | Walmart | Mega Wheels | | | EK1103801 | https://www.walmart.com/ip/MEGAWHEELS-Square-Slot-Cutter-Multifunction-Widely-Used-Precise-Cutting-Tool/441897732 |
| 50 | Walmart | Latady | GreatVista Inc | https://www.walmart.com/seller/101095559?itemId=565685299&pageName=item | LVM14\7831 | https://www.walmart.com/ip/Latady-One-Step-Place-Stainless-Steel-Square-Slot-Cutter-Plastic-Metal-Low-Voltage-Electrical-Boxes-mounting-Compatible-Most-Industry-Standard-oscill/565685299 |
| 51 | Walmart | Tenvolts | Tenvolts Llc | https://www.walmart.com/seller/101102081?itemId=716447114&pageName=item | TL01 | https://www.walmart.com/ip/Tenvolts-Open-Backed-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener-A/716447114 |
| 52 | Walmart | HOTBEST | Joybuy / Jingdong E-Commerce (Trade) Hong Kong Corporation | https://www.walmart.com/seller/18988?itemId=799885148&pageName=item | 20001367901@#Klein2264 | https://www.walmart.com/ip/HOTBEST-Slot-Cutter-Square-Rectangle-Milling-Cutter-Carving-One-Step-in-Place-Stainless-Steel-Square-Slot-Cutter-Stainless-Quickly-for-Plastic-Metal/799885148?athbdg=L1400 |
| 53 | Walmart | DongGuanShiNuoLinDianZiShangWuYouXianGongSi | Happy Shopping / Nuolin | https://www.walmart.com/seller/101086117?itemId=790044072&pageName=item | | https://www.walmart.com/ip/Machine-Tool-Accessories-And-Tools-Milling-Cutter-Rectangular-High-Quality-New-Square-Woodworking-Slot-Cutting-Fast/790044072 |
| 54 | Walmart | shenzhenshiyulantiandianzikejiyouxiangongsi | Careslong | https://www.walmart.com/seller/101087560?itemId=997570286&pageName=item | EK11038 | https://www.walmart.com/ip/Careslong-Square-Slot-Cutter-Multifunction-Widely-Used-Precise-Cutting-Tool/997570286 |
| 55 | Walmart | Wuhan Hengxiang Dianzishangwu Youxiangongsi | Lacyie/Lucky Home | https://www.walmart.com/seller/101044613?itemId=482223265&pageName=item | VB0046901 | https://www.walmart.com/ip/Lacyie-Square-Slot-Cutter-Precise-Cutting-Widely-Use-Square-Milling-Tool/482223265 |
| 56 | Walmart | Floepx | VEXIP, LLC. | https://www.walmart.com/seller/101073466?itemId=208010119&pageName=item | M202110210134 | https://www.walmart.com/ip/Floepx-Square-Slot-Cutter-Stainless-Steel-Slotter-Tool-Woodworking-Cutter-for-Drywall-Electrical-Box-Cutout-Saw-Accessory/208010119 |
| 57 | Walmart | Jingdong E-Commerce (Trade) Hong Kong Corporation | Follure Clothing / joybuy | https://www.walmart.com/seller/18988?itemId=434117044&pageName=item | Follure4250 | https://www.walmart.com/ip/Follure-Square-Slot-Cutter-without-Repairing-Rectangular-Cutting-and-Milling-Cutter-Tools/434117044 |
| 58 | Walmart | Shenzhen UEB Technology Co.,Ltd. | Daciye LLC | https://www.walmart.com/seller/101072367?itemId=389469896&pageName=item | 5pq9bn1ue0bm7gt8D03mhl | https://www.walmart.com/ip/Daciye-Universal-Open-Backed-Square-Slot-Cutter-Slot-Drill-Socket-Holes-Opener-Tools/389469896?athbdg=L1700 |
| 59 | Walmart | Josenmon Trading Co Ltd | YIISU | https://www.walmart.com/seller/101077427?itemId=751703550&pageName=item | | https://www.walmart.com/ip/Black-Friday-Deals-2021-O-Ne-Step-Black-Stainless-Steel-Square-Slot-Cutter-For-Plastic-Metal-Or-Low-Voltage-Electrical-Box-Installation/751703550?athbdg=L1400 |
| 60 | Walmart | Jingdong E-Commerce (Trade) Hong Kong Corporation | MIARHB | https://www.walmart.com/seller/18988?itemId=400152851&pageName=item | 11006303 | https://www.walmart.com/ip/MIARHB-Place-Stainless-Steel-Electrical-Boxes-Mounting-Compatible-Rectangle-Square/400152851 |
| 61 | Walmart | WEELBIN HOME INC | Exywaves | https://www.walmart.com/seller/101055603?itemId=875399185&pageName=item | Tools & Home Improvement01963 | https://www.walmart.com/ip/Exywaves-Square-Slot-Cutter-Without-Repairing-Rectangular-Cutting-And-Milling-Cutter-Tools/875399185 |
| 62 | Walmart | Royal Oak Inc | ROYAL OAK | https://www.walmart.com/seller/101109657?itemId=664570043&pageName=item | tl3513 | https://www.walmart.com/ip/Royal-Oak-Universal-Open-Back-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener/664570043 |

| # | Platform | Seller | Store | Seller URL | Code | Product URL |
|---|---|---|---|---|---|---|
| 63 | Walmart | ongyanshixinzhimumaoyiyouxiangongs | Mumaoyi/DWWRD | https://www.walmart.com/seller/1010 99529?itemId=277685198&pageName= item | 5u9grajrhbfj7ribD803_ lxs-10.27 | https://www.walmart.com/ip/DWWRD-Universal-Open-Back-Cutter-Square-Rectangle-Socket-Hole-Opener/277685189 |
| 64 | Walmart | Jnk Sellers Corporation | RNUIOH | https://www.walmart.com/seller/1010 99529?itemId=300161011&pageName= item | 591078.01-WMY | https://www.walmart.com/ip/RNUIOH-Open-Backed-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener-A/300161011?athbdg=L1700 |
| 65 | Walmart | RECOLORIZED HOME INC | LOVECOM | https://www.walmart.com/seller/1010 24242?itemId=676035271&pageName= item | LL83126 | https://www.walmart.com/ip/LOVECOM-Stainless-Steel-Square-Slot-Cutter-Quickly-Effortlessly-Cut-in-Single-Double-Gang-Boxes-Make-Smooth-Cutting-Surface-Plastic-Metal-Low-Voltage/676035271 |
| 66 | Walmart | GreatVista Inc | Tukinala | https://www.walmart.com/seller/1010 95559?itemId=987571012&pageName= item | WDD438 | https://www.walmart.com/ip/Tukinala-Stainless-Steel-Square-Slot-Cutter-Electrical-Box-Cutout-Saw-For-Oscillating-Multi-Tools-Universal-Fit-Most-Power-Tools/987571012 |
| 67 | Walmart | JD E Commerce America Limited | Joybuy Express / Miuline | https://www.walmart.com/seller/1621 4?itemId=710427968&pageName=item | 20001388903@#lxj48 | https://www.walmart.com/ip/Miuline-Stainless-Steel-Square-Slot-Cutter-Square-Rectangle-Milling-Cutter-Quickly-For-Plastic-Metal-Low-Voltage-Electrical-Boxes-mounting-Compatible/710427968 |
| 68 | Walmart | GLASSY SHELF LIGHT INC | HGYCPP | https://www.walmart.com/seller/1010 80924?itemId=368683889&pageName= item | HGYCPP | https://www.walmart.com/ip/HGYCPP-Square-Slot-Cutter-Durable-Stainless-Steel-Compatible-with-Most-Industry-Standard-oscillating-Multi-Tools-Rectangle/368683889 |
| 69 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | Ankishi | https://www.walmart.com/seller/1010 88657?itemId=661422914&pageName= item | | https://www.walmart.com/ip/Ankishi-Square-Slot-Cutter-Milling-Cutter-Woodworking-Square-Hole-Tool/661422914 |
| 70 | Walmart | Jinhuashirunzhishimaoyiyouxiangongsi | Bellanny | https://www.walmart.com/seller/1010 87615?itemId=487769153&pageName= item | | https://www.walmart.com/ip/Bellanny-Square-Slot-Cutter-Cutter-Milling-Carving-Woodworking-Tools-For-Gypsum-Board-Drywall-Rectangle-Square-2-36-x-1-54in-3-74-kindly/487769153 |
| 71 | Walmart | longyanshixinzhimumaoyiyouxiangongsi | Mumaoyi Inc | https://www.walmart.com/seller/1010 95805?itemId=212203984&pageName=item | 5ug9fd1vk0yj7ww8D03_ czy-10.29 | https://www.walmart.com/ip/ALL-GQ-Universal-Open-Back-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener/212203984 |
| 72 | Walmart | WuhanHuixinhengtongMaoyiYouxiangongsi | Houssem Aouar | https://www.walmart.com/seller/1010 85404?itemId=986286760&pageName= item | | https://www.walmart.com/ip/Square-Slot-Cutter-Precise-Cutting-Widely-Use-Square-Milling-Tool/986286760 |
| 73 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | Younar | https://www.walmart.com/seller/1010 88699?itemId=375362969&pageName= item | | https://www.walmart.com/ip/Younar-Square-Slot-Cutter-Cutter-Milling-Carving-Woodworking-Tools-For-Gypsum-Board-Drywall-Rectangle-Square-2-36-x-1-54in-3-74-thrifty/375362969?athbdg=L1700 |
| 74 | Aliexpress | | | | | https://www.aliexpress.com/item/1005003200885679.html? spm=a2g0o.productlist.0.0.12b4d7929nk1l5&algo_pvid=d34 13c07-8339-460a-a230-0392330ce077&algo_exp_id=d3413c07-8339-460a-a230-0392330ce077-0&pdp_ext_f=%7B%22sku_id%22%3A%2212000024631546 684%22%7D |
| 75 | Bonanza | MovingWheelz's booth | | https://www.bonanza.com/booths/Mo vingWheelz | | https://www.bonanza.com/listings/New-Bauer-Electrical-Box-Cutout-Saw-For-Oscillating-Multi-Tools-Single-Gang-New/929531927 |
| 76 | Homelectrical | | | | | https://www.homelectrical.com/212-x-331-q-bit-single-gang-line-voltage-box.rat-42710.1.html?q=q-bit |
| 77 | canadianbestseller | | | | | https://canadianbestseller.com/pd/box-saw-for-double-gang-outlet-box-qbit-sq1000-d-power-oscillating-multi-tool-saw-blade/?v=7516fd43adaa#gsc.tab=0 |
| 78 | Niagara Blue | | | | | https://niagarablue.com/products/square-slot-cutter-square-drill-switch-hole-puncher |
| 79 | OpenTip | Qbit | | | | https://www.opentip.com/QBit-Metal-Box-Cut-In-Saw-Single-Gang-p-9958442.html |
| 80 | PartsIND | | | | | https://www.partsind.com/q-bit-sq1000-sqbit-power-oscillating-multi-tool-blade-saw-for-single-gang-outlet-box |

App x 26



# MiraShine Oscillating Multi Tool Saw Blade for Single Gang Outlet Box,Universal Multitool Attachment for Dewalt,Milwaukee, Makita, Dremel, Rockwell, Ryobi, Bosch,Fein Multimaster, Craftsman and More

Visit the MiraShine Store

★★★★☆ ~   121 ratings

Price: **$26.99** & FREE Returns ~

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Material | Carbon Steel |
| --- | --- |
| Brand | MiraShine |
| Item Dimensions LxWxH | 3.74 x 2.16 x 1.53 inches |
| Color | Black |
| Compatible Material | Wood, Metal |

## About this item

- ?This oscillating single gang blade is for DRYWALL ONLY and does not work in metal or wood. Do not use for wood or metal materials or any other materials.
- ?Cut-in single gang boxes quickly and effortlessly. Unlike the standard drywall saw, this blade will not leave uneven cut marks or jagged edges; making the outlet installation easier!
- ?Dimension: 3.78" x 2.16"x 1.53" (96 x 55 x 30mm). Blade mounts at any angle. High carbon steel construction and laser cutting technology for durability and long life. For Accurate installation, an level tool is included in the package.
- ? Built with an universal attachment system, compatible with most brands of oscillating multitools in the market, such as Dewalt, Dremel, Makita, Porter Cable, Ridgid, Rockwell, Fein Multimaster, Ryobi, Milwaukee, Chicago, Genesis, Craftsman etc.
- 【100% Satisfaction Service】If you have any problem with our multitool gang box cutter when you received or after using, please contact us by email, our customer service will reply to you in 24hours and will do our best to help you solve the problem.

**Specifications for this item**

---

**$26.99**

& FREE Returns ~

FREE delivery: **Tuesday, Nov 30**
Details

Fastest delivery: **Monday, Nov 29**
Order within 14 hrs and 4 mins
Details

◎ Select delivery location

**In Stock.**

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by        MIRASHINE

Return policy: Returnable until Jan 31, 2022 ~

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy

App'x 27



Roll over image to zoom in

# Square Slot Cutter, Stainless Steel One Step in Place Square Milling Cutter Carve, Compatible with Most Industry Standard oscillating Multi-Tools (Rectangle & Square)

Brand: folconroad

★★★☆☆ ∨   9 ratings

## Currently unavailable.

We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Material** | Stainless Steel |
| **Brand** | Folconroad |
| **Compatible Material** | Stainless Steel |

## About this item

- 【Efficient】:Specifically Designed to Cut-In single and double gang boxes，Four blades cut at the same time and the cutting surface is smooth and tidy.
- 【Precise cutting】:2-3/8" x 3-3/4" single-row slot or 3-3/4" x 4" double-row slot can be precisely made on dry wall
- 【Wide compatibility】:Compatible with most industry standard swing multi-function tools on the market,Suitable for Plaster wall, gypsum board, etc.
- 【Sturdy and durable】:The use of high-quality hard stainless steel structure and laser cutting technology, sturdy and durable.
- 【Note】:Used for 18V, 20V and wired oscillation multi-tools (some require adapters). It does not apply to 12V systems.

App'x 28












VIDEO

## Slot Cutter 2021 Square Rectangle Milling Cutter Carving One Step in Place Stainless Steel Square Slot Cutter Stainless Quickly for Plastic Metal or Low-Voltage Electrical Boxes mounting Compatible

Visit the petnino Store

★★★½☆ ˅    31 ratings  |  18 answered questions

Price: **$15.99**

Color: **Square**





$15.99       $16.99       $23.99

- Quickly and Effortlessly: Insert single and double boxes quickly and easily. Four blades cut at the same time, fast and simple, and the cutting surface is very smooth and clean. The fine and clean cut makes the socket installation easier!When using, please gently shake and cut along with the oscillating multi-tool, do not press down hard.
- Strong and Durable: High quality stainless steel construction and laser cutting technology for durability and long life, High-quality stainless steel structure and laser cutting technology, durable and long service life. Suitable for gypsum board, drywall, etc.
- Precise cutting: Precisely create a single gang size of 2-3/8" x 3-3/4" or double gang size of 3-3/4" x 4" in the drywall, perfect for plastic, metal or low-voltage electrical boxes mounting.(Note: The four corners of

App'x 30



App'x 31





Click image to open expanded view

# Square Slot Cutter Rectangle Electric Box Cutter Single Gang Oscillating Drywall Outlet Cutout Stainless Steel Multi Tool Electrical Box Cutter with Textured Paper and Abrasive Paper (Black)

Visit the Zhehao Store

★★★★☆ ˅  1 rating

Price: **$21.99** ($2.00 / Item) ✓**prime** & FREE Returns ˅

Get a $150 Gift Card: Pay $0.00 $21.99 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Material** | Stainless Steel, Paper |
| **Brand** | Zhehao |
| **Compatible Material** | Wood, Stainless Steel |

## About this item

- Easy to use: this multi tool box cutter can quickly and easily cut into single-row and double-row boxes; You can just install the cutter on any major brand multi-tools directly and then use the white masking paper to cover the wall before cutting, protecting your wall from dirt or dust; After cutting, the abrasive paper helps to facilitate sanding the uneven cutting surface and edge to achieve a simple installation
- Precise cutting: with clean and fine sawtooth edges, the oscillating outlet installation tool is meticulously crafted and can accurately cut on the dry wall to help you install low-voltage distribution boxes, sockets, etc. in the correct position; You can also use white textured paper to make precise positioning in advance
- Sturdy stainless steel material: this electric box cutter is made of stainless steel with fine workmanship, wear-resistant, strong and not easy to break, smooth on the surface and edge, presenting a beautiful appearance, which can accompany you for a long time

App'x 33



Roll over image to zoom in

      



Stainless Steel Slot Cutter Quick Effortless Cut-in Single Double Gang Box Milling Cutter Carving One Step in Place Slot Cutter Universal Hole Opener Plasterboard Wall Slot Cutting Tool (Rectangle)

Brand: Chumia

★★★★☆ ˅    2 ratings

Save 20%    Lowest price in 30 days

Was: $14.99 Details
Price: $11.99 ✓prime FREE One-Day & FREE Returns ˅
You Save: $3.00 (20%)

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Style: **Rectangle**                                        ˄

| Rectangle | Square |
|-----------|--------|
| $11.99    | $11.99 |

- Efficient tool: slot cutter is a tool that works efficiently, with four blades, let you cut the wall at the same time and get the hole in one step, fast and simple, and the cutting surface is smooth and tidy, fine and clean cutting makes the socket installation easier
- Stainless steel material: the stainless steel slot cutter is made of stainless steel, with laser cutting technology, makes the slot cutter wears resistant, safe



$11.99
✓prime FREE One-Day
& FREE Returns ˅

FREE delivery: **Tomorrow**
Order within 18 mins Details

**Arrives before Christmas**

⊙ Deliver to Solomon - Homewood 35209

In Stock.

Qty: 1 ˅

Add to Cart

Buy Now

🔒  Secure transaction

Ships from  Amazon
Sold by      Yuesiyary

Return policy: Returnable until Jan 31, 2022 ˅
☐ Add a gift receipt for easy returns

Add to List App'x 34    ˅



Roll over image to zoom in

## Stainless Steel Slot Cutter Quick Effortless Cut-in Single Double Gang Box Milling Cutter Carving One Step in Place Slot Cutter Universal Hole Opener Plasterboard Wall Slot Cutting Tool (Square)

Brand: Chumia

★★★★☆ ˇ    2 ratings

**Save 8%**    Lowest price in 30 days

Was: $12.99 Details
Price: **$11.99** ✔prime FREE One-Day & FREE Returns ˇ
You Save: $1.00 (8%)

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

Style: **Square**    ˄

| Square | Rectangle |
|--------|-----------|
| $11.99 | $11.99 |

- Efficient tool: slot cutter is a tool that works efficiently, with four blades, let you cut the wall at the same time and get the hole in one step, fast and simple, and the cutting surface is smooth and tidy, fine and clean cutting makes the socket installation easier
- Stainless steel material: the stainless steel slot cutter is made of stainless steel, with laser cutting technology, makes the slot cutter wears resistant, safe



**$11.99**
✔prime FREE One-Day
& FREE Returns ˇ

FREE delivery: **Tomorrow**
Order within 17 mins Details

**Arrives before Christmas**

◉ Deliver to Solomon - Homewood 35209

In Stock.

Qty: 1 ˇ

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   Yuesiyary

Return policy: Returnable until Jan 31, 2022 ˇ
☐ Add a gift receipt for easy returns

Add to List App'x 35   ˇ

Share ✉ 📘 🐦 ⊙








Roll over image to zoom in

## Square Slot Cutter Silver Stainless Steel Square Slot Cutter for Plastic Metal Low Voltage Electric Box Socket Installation Oscillation Tool Compatible Durable Universal Tool (Square)

Brand: FRJHBS

★★★☆☆ ˅   2 ratings

Price: **$16.99** ✔prime & FREE Returns ˅

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

Size: **Square**                                                          ⌃

| Square | Rectangle |
|--------|-----------|
| $16.99 | $17.99 |

| | |
|---|---|
| **Material** | Stainless Steel |
| **Brand** | FRJHBS |
| **Handle Material** | Stainless Steel |
| **Blade Material** | Stainless Steel, Metal |

### About this item

- 【EFFICIENT CUTTING】: Square slot cutter is used for hand-made carpentry or other installation work. Square slot cutter can cut smoothly without debris. Four blades cut at the same time, fast and easy. The cutting surface is very smooth and clean. The fine and clean cut makes the socket installation easier! Precisely create a single gang size of 2-3/8" x 3-3/4" or double gang size of 3-





$16.99

✔prime & FREE Returns ˅

FREE delivery: **Friday, Dec 17**
Order within 4 hrs and 14 mins
Details

**Arrives before Christmas**

⊙ Deliver to Solomon - Homewood 35209

Only 9 left in stock - order soon.

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Amazon
Sold by      Jordan-Shop

Return policy: Returnable until Jan 31, 2022 ˅

Support: Free Amazon product support included ˅

☐ Add a gift receipt for easy returns

App'x 37

Add to List                              ˅



App'x 38







Square Slot Cutter, One Step in Place Stainless Steel Square Slot Cutter for Drywall for Plastic Metal or Low-Voltage Electrical Boxes Mounting(Rectangle + Square)

Brand: ZUIHOUDEXIWANG

★★★★★ ˅   2 ratings

Price: **$26.99** & FREE Returns ˅

- 【Quickly and Effortlessly】Cut-in single and double boxes quickly and easily. Four blades cut at the same time, fast and simple, and the cutting surface is very smooth and clean.
- 【Precise Cutting】Precisely create a single gang size of 2-3/8" x 3-3/4" or double gang size of 3-3/4" x 4" in the drywall, perfect for plastic, metal or low-voltage electrical boxes mounting.
- 【Wide Compatibility】Compatible with most industry standard oscillating multi-tools in the market, such as Dewalt, Dremel, Makita, Porter Cable, Ridgid, Rockwell, Fein Multimaster, Ryobi, Milwaukee, Chicago, Genesis, Craftsman etc.
- 【Multi-use】Make single gang or double gang rectangular holes in drywall for wall boxes such as high and low voltage tech, electrician, telephone, alarm/ security, CCTV/ IP camera, antenna, automation, home-theater including CEDIA members, HAVC, drywall contractor/ installer, etc.
- 【Durable】High quality stainless steel construction and laser cutting technology for durability and long life. Suitable for gypsum board, drywall, etc.

**Specifications for this item**

| | |
|---|---|
| Brand Name | ZUIHOUDEXIWANG |
| Ean | 9872954543688 |
| Part Number | 9872954543688 |
| UNSPSC Code | 27000000 |

See more product details

$26.99
& FREE Returns ˅

FREE delivery: **Dec 5 - 7** Details

Fastest delivery: **Nov 29 - Dec 2**

⊙ Select delivery location

**In stock soon.**
Order it now.

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      xiaoguangniuniu

Return policy: Returnable until Jan 31, 2022 ˅

Support: Free Amazon product support included ˅

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

App'x 41




Click image to open expanded view

      

## One Step in Place Stainless Square Slot Cutter Oscillating Multi Tool Saw Blade Universal Fit For Most Oscillating Multi-Tools (Rectangle + Square)

Brand: LIANGJIAN

★★★☆☆ ˅   3 ratings

**Save 11%**   Lowest price in 30 days

Was: ~~$26.99~~ Details

Price: **$23.99** Prime FREE Delivery & FREE Returns ˅

You Save: $3.00 (11%)

Get a $150 Gift Card: Pay $0.00 ~~$23.99~~ upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

| Material | Stainless Steel |
| --- | --- |
| **Brand** | LIANGJIAN |
| **Compatible Material** | Stainless Steel |

### About this item

- 【Quickly and Effortlessly】 Cut-in single and double gang boxes quickly and effortlessly. Four blades are cutting at the same time, fast and simple, and the cutting surface is very smooth and tidy.High quality stainless steel construction for durability and long life.
- 【Precise Cutting】 Size: Square :3.93x3.74x1.5in, Rectangle: 3.74x2.36x1.5in.Precisely create a single gang size in the drywall, perfect for plastic, metal or low-voltage electrical boxes mounting. Fine and clean cutting makes the socket installation easier.
- 【High Efficiency and Safe Tool】 Tongue and groove set are using for hand



$23.99

Prime FREE Delivery
& FREE Returns ˅

FREE Delivery **Dec 20 - 29** for Prime members
Details

**May arrive after Christmas.**
**Need a gift sooner?** Send an Amazon Gift Card instantly by email or SMS.

⊙ Deliver to Solomon - Homewood 35209

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Amazon

Sold by  LGIANG

Return policy: Returnable until Jan 31, 2022 ˅

☐ Add a gift receipt for easy returns

**App'x 42**

Add to List                    ˅



12/15/21, 8:57 PM

Zezzo® Square Slot Cutter

Special offer for Black Friday! Get extra 10% off your order!   Code: BLACK5   ✕

8% Discount For New Customers Code:ZE8

zezzo

Home / Zezzo® Square Slot Cutter



# Zezzo® Square Slot Cutter

## $29.99

TYPE: **Square**

| Rectangle | Square |

Rectangle + Square (Save $10)

−   1   +

BUY NOW

ADD TO CART

PayPal

VISA

DESCRIPTION

Ending the inefficient and cumbersome slot cutting tools!

Get clean and tidy socket slots with Zezzo® Square Slot Cutter!!!

Cutting the electric box in seconds!

Saves a lot of time!

√One step in place

√No need to cut repeatedly

√Smooth cutting surfaces

√Greatly improving working efficiency and quality

## Easy and quick



https://zezzoshop.com/products/slot-cutter?_pos=1&_sid=3fef1809e&_ss=r&variant=40622011809950

1/6

AppX 44



App'x 45



App'x 46











App'x 51















App'x 58



App'x 59



App'x 60





App'x 62



App'x 63





**BAUER**

Electrical Box Cut-Out Saw For Oscillating Multi-Tools

★★★★☆ (140) ∨   Write a Review

**See the Entire Bauer Product Line**
Learn More

Quickly and easily cut openings in drywall for single gang boxes using most oscillating multi-tools

$17.99

Compare to
JONARD LBC-400 at $65.27 Save 72%

1 ⌄   **Add to Cart**

+ Add to My List

CHECK INVENTORY FOR THIS PRODUCT AT A STORE NEAR YOU

Enter ZIP Code   **Submit**

App'x 65

Home >



**Note:** Please be cautious and check with your supplier if this product is for virus protection purposes and if the coronavirus (COVID-19) will affect your order. ✕

# Square Slot Cutter

View larger image

Ready to Ship    ⊘ In Stock ⊘ Fast Dispatch

Amazon Hot Qbit Stainless Steel Saw Square Slot Cutter Power Oscillating Multi-tool Boxed Blade Saw

★★★★★ 5.0 1 Reviews    1 buyer

**$3.50 - $4.50** / Piece | 2 Piece/Pieces(Min. Order)

| Cutting Depth: | Other |
| Saw Diameter: | Rectangle 2-3 / 8 "x 3-3 / 4" | $4.50 | — 0 + |
| | square 3-3 / 4 x 4 " | $3.50 | — 0 + |
| Protection: | 🛡 Trade Assurance  protection your alibaba.com order |
| | ⊘ On-time Delivery Guarantee   ⊘ Refund Policy |

The minimum order quantity is 2 Pieces
0/2 Pieces          from **$7.00**
                Processing Time **7 days** ⓘ

Shipping            from **$11.44**
          Economy Parcels Change
          Alibaba.com | Logistics

Guaranteed delivery **By 1/21**

**Start Order**

✉ Contact Supplier

🛒 Add to cart

**Yiwu Paili E-Commerce Firm**
Trade Company
🇨🇳 CN   **2** YRS

Response Time        On-time delivery rate
≤6h                  8° **App'x 66**

💬 Messenger

















**Walmart**  ⊞ Departments   ☷ Services

Search everything at Walmart online and in store

Sanderson Farms  Always fresh chicken  High in protein.  Shop now

Clearance

dongguanshichunshuwangluokejiyouxiangongs

**HOTBEST Square Slot Cutter, Multi-Tool Single And Double Gang Electrical Wall Outlet Cutter, Compatible With Most Industry Standard Oscillating Multi-Tools, Precise Cuttin**

**$11.09**  $12.99 ⓘ

**Add to cart**

**Size:** Rectangle

| Rectangle $11.09 | Square $11.09 |

⌷ Free shipping, **arrives by Tue, Jan 4** to Carrollton, 75007
Want it faster? Add an address to see options
More options

🏠 Sold and shipped by dongguanshichunshuwangluokejiyouxiangongsi | dongguanshichunshuwangluokejiyouxiangongsi

↩ Free 30-day returns  Details

Popular items in this category



 **Walmart** ⚙ Departments  ⚙ Services   Search everything at Walmart online and in store   

JESUS MUSIC   An untold story   The soundtrack of a movement.   Shop now

Sponsored












Mega Wheels

**MEGAWHEELS Square Slot Cutter Multifunction Widely Used Precise Cutting Tool**

## $16.28

**Add to cart**

Size: rectangle


$16.28


$14.80

🚚  Free shipping, **arrives by Mon, Jan 3** to Carrollton, 75007
**Want it faster?** Add an address to see options
More options

🏬  Sold and shipped by Joybuy | Jingdong E-Commerce (Trade) Hong Kong Corporation   App'x 76
★★★☆☆ 29510 seller reviews



Latady

**Latady One Step in Place Stainless Steel Square Slot Cutter for Plastic Metal or Low-Voltage Electrical Boxes mounting Compatible with Most Industry Standard oscillating Multi-Tools**

## $16.99

Add to cart

Actual Color: Rectangle

| Rectangle $16.99 | Square $15.99 |

Free shipping, **arrives by Fri, Dec 31** to Carrollton, 75007

Want it faster? Add an address to see options
More options

Sold and shipped by GreatVista Inc | **GreatVista Inc**
★★★☆☆ 19 seller reviews

Return policy  Details

App'x 77

 **Departments** **Services**

Search everything at Walmart online and in store









Tenvolts

**Tenvolts Open-Backed Square Slot Cutter Square/Rectangle Socket Hole Opener (A)**

**$22.99** $68.97 ⓘ

**Add to cart**

🚚 Free shipping, **arrives by Mon, Dec 27** to Carrollton, 75007

Want it faster? Add an address to see options
More options

🏪 Sold and shipped by Tenvolts Llc | **Tenvolts Llc**
★★★★★ 3 seller reviews

🔲 Return policy Details

▤ Add to list          🎁 Add to Apgs'xt78





App'x 80

 **Walmart** | ::: Departments | :: Services | Search everything at Walmart online and in store 

 Savor the world in a bite  Taste the best ingredients.  Shop now

















Nuolin

**Machine Tool Accessories And Tools Milling Cutter Rectangular High Quality New Square Woodworking Slot Cutting Fast**

## $19.11 $25.11 ⓘ

**Add to cart**

**Shape:** Square

| Rectangle | Square |
|-----------|--------|
| $15.88 | $19.11 |

🚚 Free shipping, **arrives by Wed, Dec 29** to
Carrollton, 75007

Want it faster? Add an address to see options
More options

🏬 Sold and shipped by Happy shopping |
DongGuanShiNuoLinDianZiShangWuYouXianGongSi
★★★☆☆  10 seller reviews  App'x 81

🔲 Return policy  Details



App'x 82



| ⊞ Departments | ⊠ Services | Search everything at Walmart online and in store |

⌂ Carrollton Supercenter | ⊙ Carrollton, 75007

Home Improvement / Electrical / Electrical Tools / Cutting Tools

 Savor the world in a bite Taste the best ingredients. Shop now















Careslong

**Careslong Square Slot Cutter Multifunction Widely Used Precise Cutting Tool**

## $18.87

**Add to cart**

**Actual Color:** rectangle


$18.87


$21.76

🖵 Free shipping, **arrives by Wed, Jan 5** to
Carrollton, 75007

Want it faster? Add an address to see options
More options

🏬 Sold and shipped by
shenzhenshiyulantiandianzikejiyouxiangongsi |
**shenzhenshiyulantiandianzikejiyouxiangongsi**
★★★☆☆  20 seller reviews



Floepx

**Floepx Square Slot Cutter Stainless Steel Slotter Tool Woodworking Cutter for Drywall Electrical Box Cutout Saw Accessory**

## $23.20

**Add to cart**

Actual Color: A

$23.20   $33.23   $19.91

🖵 Free shipping, **arrives by Mon, Jan 3** to
   Carrollton, 75007
   Want it faster? Add an address to see options
   More options

🏬 Sold and shipped by Floepx | VEXIP, LLC.
   ★★★☆☆  43 seller reviews

📋 Return policy  Details

App'x 84

About this item

 **Walmart** | ▦ Departments | ⠿ Services | Search everything at Walmart online and in store

⌂ Carrollton Supercenter | ⊘ Carrollton, 75007

Home Improvement / Electrical / Electrical Tools / Cutting Tools

 **Kleenex** All the moments   Shop now









Follure Clothing

**Follure Square Slot Cutter without Repairing Rectangular Cutting and Milling Cutter Tools**

## $18.89

**Add to cart**

🖵 Free shipping, **arrives by Thu, Dec 30** to Carrollton, 75007
Want it faster? Add an address to see options
More options

🏬 Sold and shipped by Joybuy | Jingdong E-Commerce (Trade) Hong Kong Corporation
★★★☆☆ 29322 seller reviews

↩ Return policy  Details

▤  Add to list | 🎁  Add to registry

App'x 85





YIISU

Cyber Monday Deals 2021 O Ne Step Black Stainless Steel Square Slot Cutter For Plastic Metal Or Low Voltage Electrical Box Installation

**$18.67** ~~$37.54~~ ⓘ

**Add to cart**

Actual Color: BK

| BK |
| $18.67 |

🚚 Freight shipping, **arrives by Thu, Jan 6** to Carrollton, 75007  Details
Want it faster? Add an address to see options
More options

🏬 Sold and shipped by Josenmon Trading Co Ltd |
**Josenmon Trading Co Ltd**
★★☆☆☆ 30 seller reviews **App'x 87**

🔄 Return policy  Details



App'x 88



Exywaves

**Exywaves Square Slot Cutter Without Repairing Rectangular Cutting And Milling Cutter Tools**

**$20.29** $30.99 ⓘ

Add to cart

Actual Color: Multicolor

Multicolor
$20.29

Free shipping, **arrives by Wed, Dec 29** to Carrollton, 75007
**Want it faster?** Add an address to see options
More options

Sold and shipped by WEELBIN HOME | WEELBIN HOME INC
★★☆☆☆  5 seller reviews

App'x 89

Free 30-day returns  Details



ROYAL OAK

**Royal Oak Universal Open-Back Square Slot Cutter Square/Rectangle Socket Hole Opener**

## $19.99

**Add to cart**

Free shipping, **arrives by Mon, Dec 27** to Carrollton, 75007

**Want it faster?** Add an address to see options
More options

Sold and shipped by Royal Oak Inc | **Royal Oak Inc**

Free 30-day returns   Details

Add to list        Add to registry



Mumaoyi

**DWWRD Universal Open-Back Square Slot Cutter Square/Rectangle Socket Hole Opener**

**$39.09**

Add to cart

Shape: A+B

| $20.29 | $39.09 | $21.89 |

Free shipping, **arrives by Wed, Dec 29** to Carrollton, 75007

Want it faster? Add an address to see options
More options

Sold and shipped by Mumaoyi INC | longyanshixinzhimumaoyiyouxiangongsi Pro Seller
★★★☆☆ 5 seller reviews



Reduced price

RNUIOH

**RNUIOH Open-Backed Square Slot Cutter Square/Rectangle Socket Hole Opener (A)**

**$19.09** ~~$22.99~~ ⓘ

**Add to cart**

Actual Color: A

| $19.09 | $35.29 | $20.89 |

🖳 Free shipping, **arrives by Tue, Dec 28** to
Carrollton, 75007
**Want it faster?** Add an address to see options
More options

🖨 Sold and shipped by Jnk Sellers Corporation | **Jnk Sellers Corporation**
★★☆☆☆ 11 seller reviews    **App'x 92**

🔁 Return policy  Details

**About this item**





App'x 94

 **Walmart** | :: Departments | :: Services | Search everything at Walmart online and in store 

⌂ Carrollton Supercenter | ⊘ Carrollton, 75007

Arts Crafts & Sewing / Crafting / Craft Supplies / Craft Tools












Latady

**Latady One Step in Place Stainless Steel Square Slot Cutter for Plastic Metal or Low-Voltage Electrical Boxes mounting Compatible with Most Industry Standard oscillating Multi-Tools**

**$16.99**

**Add to cart**

Actual Color: Rectangle

| Rectangle $16.99 | Square $15.99 |

🚚 Free shipping, **arrives by Thu, Dec 30** to Carrollton, 75007
Want it faster? Add an address to see options
More options

🏬 Sold and shipped by GreatVista Inc | **GreatVista Inc**
★★★☆☆ 18 seller reviews **App'x 95**

↩ Return policy  Details

 **Walmart** ❄ | ⊞ **Departments**   ⊗ **Services**

Search everything at Walmart online and in store 🔍

⌂ Carrollton Supercenter | ◎ Carrollton, 75007



Miuline

**Miuline Stainless Steel Square Slot Cutter,Square Rectangle Milling Cutter Quickly For Plastic Metal Low-Voltage Electrical Boxes mounting Compatible**

**$22.39** ~~$31.99~~ ⓘ

[ **Add to cart** ]

**Actual Color:** Square+Rectangle

| Rectangle $12.39 | Square $13.19 |

| **Square+Rectangle $22.39** |

🖳  Free shipping, **arrives by Wed, Jan 5** to
   Carrollton, 75007

   **Want it faster?** Add an address to see options
   More options

🏬  Sold and shipped by Joybuy Express | JD E
   Commerce America Limited App'x 96
   ★★★⯪☆  6735 seller reviews





HGYCPP

**HGYCPP Square Slot Cutter Durable Stainless Steel Compatible with Most Industry Standard oscillating Multi-Tools Rectangle**

**$18.23** ~~$33.00~~ ⓘ

**Add to cart**

Size: Rectangle

Rectangle
$18.23

Free shipping, **arrives by Wed, Jan 5** to
Carrolton, 75007
Want it faster? Add an address to see options
More options

Sold and shipped by GLASSY SHELF LIGHT INC |
**GLASSY SHELF LIGHT INC**      App'x 97
★★★☆☆ 14 seller reviews



Ankishi

Ankishi Square Slot Cutter Milling Cutter Woodworking Square Hole Tool

$18.08

Add to cart

Actual Color: Rectangle

Rectangle
$18.08

Square
$18.00

Free shipping, **arrives by Tue, Jan 4** to Carrollton, 75007

Want it faster? Add an address to see options
More options

Sold and shipped by
Shenzhenshixishenglunmaoyiyouxiangongsi |
Shenzhenshixishenglunmaoyiyouxiangongsi
★★☆☆☆  10 seller reviews

App'x 98

Free 30-day returns  Details



Walmart · Departments · Services

Search everything at Walmart online and in store

Carrollton Supercenter | Carrollton, 75007

Bellanny

Bellanny Square Slot Cutter, Square Slot Cutter Square Milling Cutter Carving, Woodworking Tools For Gypsum Board, Drywall, Rectangle / Square, 2.36 x 2.36 x 1.54in / 3.74 x 2.36 x 1.54in kindly

**$17.21**

Add to cart

Size: square

$19.90    $17.21

Free shipping, **arrives by Tue, Jan 4** to Carrollton, 75007
Want it faster? Add an address to see options
More options

Sold and shipped by Jinhuashirunzhishimaoyiyouxiangongsi | Jinhuashirunzhishimaoyiyouxiangongsi
★☆☆☆☆ 1 seller reviews

About this item



Mumaoyi

**ALL-GQ Universal Open-Back Square Slot Cutter Square/Rectangle Socket Hole Opener**

**$39.09**

**Add to cart**

**Size:** As shown

$39.09

Free shipping, **arrives by Thu, Dec 30** to Carrollton, 75007

**Want it faster?** Add an address to see options
More options

Sold and shipped by Mumaoyi INC | longyanshixinzhimumaoyiyouxiangongsi
★★★☆☆ 6 seller reviews **App'x 100**

Add to list          Add to registry



⊞ Departments    ⊞ Services

Search everything at Walmart online and in store



 **Conquer any mess** Get it at a super-low price. Shop now









Lacyie

**Lacyie Square Slot Cutter Precise Cutting Widely Use Square Milling Tool**

## $19.07

**Add to cart**

**Size:** rectangle

$19.07    $23.72

Free shipping, **arrives by Tue, Jan 4** to Carrollton, 75007

**Want it faster?** Add an address to see options
More options

Sold and shipped by Lucky home | **Wuhan Hengxiang Dianzishangwu Youxiangongsi**
★★★☆☆ 20 seller reviews

**App'x 101**

Add to list        Add to registry







App'x 104

Home » MovingWheelz's booth » New Bauer Electrical Box Cutout Saw For Oscillating Multi Tools Single Gang New



🚚 Free Shipping

## New Bauer Electrical Box Cutout Saw For Oscillating Multi Tools Single Gang New

### $28.99

− 1 +

**Add to cart**

☆ Wish list   ↻ Remind me later   ⊰ Share   ⠿ More like this

MovingWheelz's booth
★★★★★ (11 transactions)

✉ Contact the seller

### Shipping options

● Estimated to arrive by **Tue, Dec 28th.** Details ›          **App'x 105**

● FREE via FedEx Ground (1 to 7 business days) to United States



HomElectrical.com › Tools & Hardware › Hand Tools › Cutting Tool › **Rack-A-Tiers 42710 Cutting Tool**

# **Rack-A-Tiers** 2.12-in x 3.31-in Q-Bit Single Gang Line Voltage Box
Rack-A-Tiers 42710

Rack-A-Tiers' Q-Bit Single Gang Line Voltage Box allows you to quickly cut out device holes and works with any standard oscillating tool. Shop our full selection of Rack-A-Tiers' electrical tools at HomElectrical.com today!

Rack-A-Tiers **2.12-in x 3.31-in Q-Bit Single Gang Line Voltage Box** Features:

- Made in the USA.
- Cut out device boxes in seconds.
- Works with almost all standard multi-tools.
- Vibrating blade will not cut your hand or material inside the wall.
- Designed to cut drywall only, NOT designed for wood, plaster, masonry or other similar material.
- Bit Dimensions: Include 2.12 inch Q-bit and 3.31 inch Q-bit.
- Box Dimensions: 10-in x 14-in x .035-in.

Image may not depict product actual color, inclusions or accessories

**Similar Cutting Tool Products**

**$55.49** Each

Free Shipping
Eligible for most orders over $75

| 1 | ADD TO CART |

SKU   **RAT-42710**

**In Stock**
Usually ships **3 to 7 Business Days**

**RACK-A-TIERS®**

Visit The Rack-A-Tiers Store

**Product Specifications**

| Part Number | 42710, | |
| Weight | 0.29 lb | App'x 106 |
| UPC | 625912427105 | |



App'x 107







### Q bit SQ1000-S Qbit Power Oscillating Multi-Tool Blade Saw for Single Gang Outlet Box

Specifically Designed to Cut-In Plastic 1-gang boxes (See Size Chart) | Requires 18V,20V or corded oscillating Multi-Tool Will Not Work on 12 Volt Systems | Safe to use - won't cut wires or you & simple to train techs | Stainless steel construction/American engineered & made in the USA
Manufacturer: **Q bit**

# $51.04

| 1 | ADD TO CART |

♡ Add to wishlist       ✉ Email a friend

QBit SQ1000-S Outlet Box Saw Blade for Oscillating Power Multi-Tools to Cut-in Single Gang Wall Boxes ------ Are you tired of over cutting your drywall using a reciprocating or drywall saw? ------ Are you looking for a better way to make Single-Gang cut-outs for retrofit wall boxes? The SQ1000-S will Cut-in exact rectangular-holes in seconds. --- If your job requires you to cut-in wall boxes in drywall, the QBit is for you. --- Fits on virtually all Oscillating Power Multi-Tools and turns it into a hole making machine! --- Unlike a drywall saw which leaves unsightly ragged edges, the QBit makes a perfect hole every-time and it does so quick and efficiently! American Engineered & Made in the USA. We highly recommend that you invest in this tool! ------ PERFECT FOR: Anyone who needs to make single gang rectangular-holes in drywall for wall boxes, including: High and Low-Voltage Tech - electricians, telephone, data, alarm/security, CCTV/IP-camera, antenna, cable, dish, home-theater, automation, HAVC, Drywall Contractor/Installer, Etc.------ *NOTE: QBit was designed to fit all popular Oscillating Tool such as DeWalt, Milwaukee, Bosch, Fein, etc. If your Multi-Tool has a different connection type on it, Bosch makes a little adapter (OIS001B) for less than $4 that allows you to adapt to the standard size (which we don't stock or sell). ------ Does NOT include: Oscillating Power Multi-Tool or adaptor, which is only pictured to display how the tool works. ------ WARNING: Always wear approved eye protection. All Trademarks Belong to Their Respective Companies.

App'x 110

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| **LABOR SAVING SYSTEMS LTD.** | § | |
| **d/b/a Magnepull,** | § | |
| *Plaintiff,* | § | |
| | § | **Case No. _____** |
| **v.** | § | |
| | § | |
| **HARBOR FREIGHT TOOLS USA, INC.,** | § | |
| **DOES 1–79,** | § | |
| *Defendants.* | § | |

## <u>DECLARATION OF WARREN NORRED</u>

I, Warren V. Norred, pursuant to Fed. R. Civ. P. 65(b)(1), declare as follows:

1. "I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney at the law firm Norredlaw PLLC, located at 515 E. Border St. Arlington, TX, and I am licensed to practice in the State of Texas.

3. Plaintiff Labor Saving Systems Ltd., ("Magnepull") retained Norredlaw PLLC to represent it in the above-styled lawsuit. As counsel of record for Magnepull, I have personal knowledge of this lawsuit, the filings in this proceeding, and the facts related thereto.

4. Magnepull is seeking *ex parte* relief and is requesting service by email to the Defendants identified in Exhibit 3 ("Does 1-79") ("Defendants"). Defendants have operated and are operating webstores ("the Infringing Webstores") that are infringing on Magnepull's valid patent registration identified in Exhibit 1.

5. The *ex parte* relief requested by Magnepull is appropriate in this instance because immediate and irreparable injury, loss, and damage has already resulted, and will continue to accrue against Magnepull before the Defendants will be able to be heard in opposition on this matter. Magnepull cannot give notice to some of the DOES 1-79 in this matter because they do not publicize their email addresses

Declaration of Warren Norred                    1

App'x 111

or contact information on the Infringing Webstores. Hence, no effective efforts have been made to give notice because Magnepull has found that doing so is not possible. Attempts to give notice are in Exhibit 6.

6.   Furthermore, notice should not be required in this instance because Defendant's deal in production and marketing of infringing and counterfeit products ("Accused Products"), and are highly likely to transfer data, content, products, and financial assets to other webstores and accounts. Defendants are also likely to transfer assets from U.S.-based financial institutions to offshore accounts outside the jurisdiction of this Court. Such would frustrate Magnepull's ability to obtain meaningful relief and would continue to irreparably harm Magnepull through Defendants' sale and profit from the Accused Products.

7.   A listing of the various Defendants and the URLs associated with the Infringing Webstores are attached to this Motion as Exhibit 3, and screenshots of the Infringing Webstores as Exhibit 4. These exhibits were prepared under Magnepull's direction, and I have carefully reviewed these exhibits, as well as the URLs to which each exhibit relates, and can attest to their authenticity.

8.   I declare under penalty of perjury that the foregoing is true and correct.


Executed on,
December 29, 2021


_____

Warren Norred

Declaration of Warren Norred                              2

EXHIBIT 6

From: **Mark Turner** <sales@magnepull.com>
Date: Wed, Oct 27, 2021 at 9:30 AM
Subject: Patent Infringement
To: <lowpricesupply@gmail.com>

You are selling a product on Amazon that directly infringes on our US patent # US9737941. Please remove this Amazon listing so that we will not have to escalate this to the next level. ASIN: B08F31D3N9

Mark Turner
817.320.2288
2620 W Pioneer Parkway
Arlington, TX 76013

A Division of Labor Saving Systems Ltd.

From: **Mark Turner** <sales@magnepull.com>
Date: Wed, Oct 27, 2021 at 9:25 AM
Subject: Patent Infringement
To: <hjmshopjordan@163.com>

You are selling a product on Amazon that directly infringes on our US patent # US9737941. Please remove this Amazon listing so that we will not have to escalate this to the next level. ASIN: B09F3DM2G4

Mark Turner
817.320.2288
2620 W Pioneer Parkway
Arlington, TX 76013

A Division of Labor Saving Systems Ltd.

From: **Mark Turner** <sales@magnepull.com>
Date: Wed, Oct 27, 2021 at 9:26 AM
Subject: Patent Infringement
To: <156521715@qq.com>

You are selling a product on Amazon that directly infringes on our US patent # US9737941. Please remove this Amazon listing so that we will not have to escalate this to the next level. ASIN: B09FF7QPX7

Mark Turner
817.320.2288
2620 W Pioneer Parkway
Arlington, TX 76013

A Division of Labor Saving Systems Ltd.

---------- Forwarded message ----------
From: **Zhu Zoe** <zzhu1106@gmail.com>
Date: Thu, Nov 18, 2021 at 5:55 AM
Subject: Re: Patent Infringemnet
To: Mark Turner <sales@magnepull.com>, <sales@mirashinetools.com>

Dear Mark,

Good Day!
Our factory cooperated with the big brands through their buying office in China instead direct contact .
Generally the big brands won't be happy to tell others who is their vendor.

I have been doing export business for more than ten years. I started to run a small trading company since end of 2019 after birth of my third kid, doing export business of power tool accessories.
The manager of the oscillating blades factory is my good friend, so I started the Amazon business with their blades this year.
I see you have a full range of gang blades, the purchasing cost from China must be much better than U.S source.
If possible, I want to supply the blades to you or if you want to develop any new products, please consider me as a purchasing source.

About the patent issue,may I pay the patent fee and continue to sell ?
My selling price is much lower than yours, as a DIY level blade. Your blade is the orginal & professional level blade. You can have the market of both professional and DIY line, right ?
Hope you can consider my proposal and let me know your requirement.

Thank you and have a nice day!

Zoe Zhu
MiraShine Tools
86-13450252870

Mark Turner <sales@magnepull.com> 于2021年11月18日周四 上午12:48写道：
  Zhu
  We may be interested. Do you have a contact in the US from one of the major companies that we can contact?
  ...

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIAHART, LLC** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL NO. 6:18-CV-604-RWS-KNM** |
| | § | |
| **DOES 1-73** | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Viahart, LLC's Motion for Alternate Service of Process. Doc. No. 27. Plaintiff asks the Court to permit service of the summonses and complaint to each Defendant via email. Having considered the motion, and for the reasons discussed below, Plaintiff's motion for alternate service is **GRANTED**.

## BACKGROUND

Plaintiff Viahart manufactures, distributes, and sells toys and other educational products around the world. Doc. No. 1 at ¶ 9. As part of that business, Plaintiff owns the rights to three registered trademarks. *Id.* at ¶ 10.[1] Plaintiff alleges that Defendants have infringed those marks through their operations on various online e-commerce sites, such as Amazon, Wish, eBay, Ali Express, and Alibaba (the "marketplaces"). Because Defendant businesses operate online through third-party marketplaces, Plaintiff has not been able to ascertain an accurate physical location for any Defendant to perfect in-person service of process. Plaintiff thus seeks alternate service of process.

---

[1] Those trademarks are U.S. Reg. Nos. 5407364 (the "GOODMINTON" mark), 5370197 (the "VIAHART" mark), and 5049910 (the "BRAIN FLAKES" mark).

1

Plaintiff filed a motion for alternate service prior to the present motion, which this Court denied. *See* Doc. No. 17. In the Order denying the motion, the Court noted that "Plaintiff's blanket statements that all 73 named Defendants' physical addresses are unknown and are not obtainable is not persuasive." *Id.* at 7. Though the Court denied alternate service at that time, the Order permitted Plaintiff to conduct discovery on the marketplaces to locate Defendants' identities and addresses. *Id.* at 12.

After conducting the approved discovery, Plaintiff filed its first Amended Complaint against fifty-four Defendants. Doc. No. 25. Of those fifty-four Defendants, eleven were named and tied to a physical address within the United States. *Id.* International addresses were discovered for additional Defendants. *See* Doc. No. 27 at 3. The remaining Defendants were tied to independent email addresses, both domestic and international. *Id.* The Clerk then issued summonses for the eleven Defendants with domestic addresses. Doc. No. 26.

Plaintiff attempted to serve summons and a copy of the complaint on each domestic Defendant at the discovered addresses. *Id.* Ten of the domestic summonses were undeliverable and one was accepted by someone who refused to present identification. *Id.* Plaintiff also attempted to provide a copy of the complaint on the discovered international addresses for additional Defendants via FedEx. *Id.* Those attempts failed because each address was deficient in some way. *Id.*

Because efforts to reach each Defendant with physical copies of the complaint have failed, Plaintiff has attempted to contact all foreign and domestic Defendants through email addresses discovered through the marketplaces. *Id.* Plaintiff's emails included notice of this suit and an invitation to settle. *Id.* Five Defendants responded to the email, and no emails were returned as undeliverable. *Id.* In light of the unsuccessful in-person service and the successful emails to all

2

Defendants, Plaintiff contends that it has shouldered its burden to show that electronic service is reasonably calculated to notify each Defendant of the pendency of this suit and accordingly requests that this Court authorize alternate service of process via email to all Defendants.

## APPLICABLE LAW

### Domestic Service

Federal Rule of Civil Procedure 4(e) governs service on an individual within a judicial district of the United States. The Rule permits service on an individual by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." FED. R. CIV. P. 4(e)(1). As this suit was brought in the Eastern District of Texas, Plaintiff may serve Defendants in any manner authorized by Texas law or the jurisdiction in which each Defendant is served. Texas Rule of Civil Procedure 106 provides that "if a plaintiff's attempts to serve a defendant in person are unsuccessful, a court may authorize substitute service upon receipt of an affidavit satisfying Rule 106(b)." *Spencer v. City of Cibolo, Texas*, No. SA-20-CV-350-JKP, 2020 WL 2043980, at * 1 (W.D. Tex. Apr. 27, 2020). Then, "a court may authorize substituted service which, shown from the affidavit or other evidence, is reasonably calculated to provide notice." *Selippos Technical, Ltd. v. First Mountain Bancorp*, No. 4:12-CV-1508, 2013 WL 1181469, at * 2 (S.D. Tex. Mar. 20, 2013) (citing *State Farm Fire & Cas. Co. v. Costley*, 868 S.W.2d 298, 299 (Tex. 1993)).

### International Service

Federal Rule of Civil Procedure 4(h)(2) allows a foreign business entity to be served "in any manner prescribed by Rule 4(f) for serving an individual . . . ." FED. R. CIV. P. 4(h)(2). Federal Rule of Civil Procedure 4(f) allows the service of process of an individual not within any judicial district of the United States:

3

(1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;

(2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:

    (A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction;

    (B) as the foreign authority directs in response to a letter rogatory or letter of request; or

    (C) unless prohibited by the foreign country's law, by;

        (i)    delivering a copy of the summons and of the complaint to the individual personally; or

        (ii)    using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; or

(3) by other means not prohibited by international agreement, as the court orders.

FED. R. CIV. P. 4(f)(1)-(3).

The "use of Hague Convention procedures is 'mandatory if available at the place of service.'" *RPost Holding, Inc. v. Kagan*, 2012 WL 194388 at, * 1 (E.D. Tex. Jan. 23, 2012) (quoting *Gramercy Ins. Co. v. Kavanagh*, No. 3:10-CV-1254, 2011 WL 1791241, at * 2 (N.D. Tex. May 10, 2011)). However, "the 'Convention shall not apply where the address of the person to be served with the document is not known.'" *Id.* (citing *Chanel, Inc. v. Zhibing*, No. 2:09-CV-2835, 2010 WL 1009981, at * 3 (W.D. Tenn. Mar 17, 2010)).

When the Hague Convention is inapplicable between two signatory nations, service of process under Rule 4(f)(3) is permissible. *Id.* at * 2. Service under Rule 4(f)(3) "must comport with constitutional notions of due process." *Id.* To satisfy this standard, "the method of service must be 'reasonably calculated, under all circumstances, to apprise interested parties of the

4

pendency of the action and afford them an opportunity to present their objections.'" *Id.* (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 312 (1950)). Courts have held that service by email can satisfy the requirements of both Rule 4(f)(3) and due process. *See, e.g., id.; Fed. Trade Comm'n v. EMP Media, Inc.*, No. 2:18-CV-35-APG-NJK, 2018 WL 664796, at * 1 ("Service by email is proper when the defendant is unreachable by other means or does not have a known physical address.").

## ANALYSIS

I. Service of Process by Email:

Plaintiff requests that this Court authorize alternative service of process by email on the Foreign Defendants pursuant to FED. R. CIV. P. 4(f)(3) and on the Domestic Defendants pursuant to FED. R. CIV. P. 4(e)(1) and TEX. R. CIV. P. 106(b)(2). Doc. No. 27 at 15. Plaintiff states that it will serve the complaint on all Defendants by email upon authorization by this Court. *Id.*

### A. Service on Foreign Defendants

The first issue regarding international service is whether the Hague Convention applies. If it does, its procedures are mandatory if available at the place of service. *RPost Holdings, Inc.*, 2012 WL 194388, at * 1. Both China and the United States are signatories to the Hague Convention. *See Chanel, Inc.*, 2010 WL 1009981, at *3. The Hague Convention is therefore mandatory if available at the place of service. Yet, "the Convention shall not apply where the address of the person to be served with the document is not known." *RPost Holdings, Inc.*, 2012 WL 194388, at *1. Accordingly, if Plaintiff has shown that the addresses of Defendants are unknown, the Hague Convention no longer applies.

In its motion for alternate service, Plaintiff states it has "done all it can do to locate physical addresses of the Defendants, but each address has proven to be false or deficient in some way."

5

Doc. No. 27 at 9. Plaintiff has discovered addresses through the marketplaces and has attempted to reach defendants via international mail. *Id.* at 3, 8. Each attempt failed because the addresses proved to be false or otherwise inaccurate, *Id.*

The discovery of physical addresses and the attempted—and ultimately unsuccessful— effort to reach Defendants at those addresses shows that the international Defendants' addresses are unknown. Nothing before the Court disputes that the actual location of each foreign Defendant remains unknown. Because the foreign Defendant addresses are unknown, the Hague Convention is inapplicable. *See RPost Holdings, Inc.*, 2012 WL 194388, at *1. Accordingly, service of process under Rule 4(f)(3) is not prohibited by international agreement. *Id.* at * 2 ("[T]he Hague Convention is inapplicable and accordingly service of process under Rule 4(f)(3) is not prohibited by international agreement.").

Because traditional service under the Hague Convention is inapplicable, the Court next considers whether Plaintiff's proposed Rule 4(f)(3) email service comports with constitutional notions of due process. *Id.* ("Any method of service of process arrived at pursuant to Rule 4(f)(3) must comport with constitutional notions of due process."). To satisfy this requirement, the method of service must be "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Id.* (citing *Mullane*, 339 U.S. at 312).

Plaintiff explains that "the email addresses procured from the Marketplaces were the email address that each of the Defendants designated as their means of contact for business and notification purposes." *Id.* Plaintiff concludes that "[g]iven that each of the Defendants are parties to this lawsuit because they do business through e-commerce sites that utilize email for communication, service via email is reasonably calculated to apprise the Defendants of the

6

pendency of this action and afford them an opportunity to present their objections." Doc. No. 27 at 8.

Plaintiff asserts that *Chanel, Inc. v. Partnerships & Unincorporated Ass'ns* is analogous. *See* Doc. No. 27 at 9; No. CV H-12-2085, 2012 WL 12894807 (S.D. Tex. Oct. 10, 2012). In *Chanel*, "[a]fter conducting diligent investigations, plaintiff was not able to identify valid physical addresses for service of process on defendants." *Id.* * 1. The *Chanel* Court noted that "[b]ecause defendants have provided invalid physical addresses and plaintiff has not been able to find other addresses for them, plaintiff cannot serve defendants by traditional means," *Id.* The Court then allowed service by email because the plaintiff "had recently verified that all but four (4) of the defendants have at least one operational electronic mail address." *Id.* As to whether an email address is operational, Federal Courts have presumed delivery of an email if it is not returned undeliverable and the email address is used by the Defendant in conducting business. *See EMP Media*, 2018 WL 664796, at * 2 (citing *Toyo Tire & Rubber Co., Ltd. v. CIA Wheel Grp.*, No. SA CV 15-0246-DOC, 2016 WL 1251008 (C.D. Cal. Mar. 25, 2016) (finding that an email is presumed delivered when it is not returned as undeliverable)).

Since conducting limited discovery in this case, Plaintiff has ascertained many of Defendant's putative physical addresses and has attempted, but failed, to serve any Defendant in person. Doc. No. 27 at 9. Plaintiff has also received Defendants' email addresses and has sent emails to each discovered email address. *Id.* No emails were returned as undeliverable, and five responses were received. *Id.* at 10.

The record before the Court shows that Plaintiff made diligent efforts to obtain physical addresses for Defendants, but that attempted delivery of the complaint was unsuccessful because Defendants' addresses are unknown. Plaintiff has thus shown that the Hague Convention is no

7

longer applicable and service pursuant to Rule 4(f) is proper. As its requested 4(f) service, Plaintiff requests using emails discovered through the marketplaces. The discovered email addresses are those gathered by the marketplaces in their course of conduct with Defendants. The Defendants' email addresses have recently been tested and the messages are presumed to have been delivered because none bounced back as undeliverable. Thus, under these facts, service of process by email is reasonably calculated to notify all foreign Defendants of this suit.

### 3. Service on Domestic Defendants

Federal Rule of Civil Procedure 4(e)(1) permits service on an individual by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). As this suit was brought in the Eastern District of Texas, Plaintiff may serve Defendants in any manner authorized by Texas law. Texas Rule of Civil Procedure 106 provides that "if a plaintiff's attempts to serve a defendant in person are unsuccessful, a court may authorize substitute service upon receipt of an affidavit satisfying Rule 106(b)." *Spencer*, 2020 WL 2043980, at * 1; Tex. R. Civ. P. 106(b). Federal Courts have permitted service by email through application of Texas law. *See Spencer*, 2020 WL 2043980, at * 2 (finding that the proposed email service was reasonably calculated to provide defendants notice of suit); *Selippos*, 2013 WL 1181469, at * 3.

Plaintiff attempted service via process server at eleven domestic addresses. Doc. No. 27 at 3. Ten summonses were returned undeliverable, and one was accepted by an individual who refused to provide identification. *Id.* Plaintiff has thus attempted service through traditional means and has shown that it was unsuccessful in doing so.

Plaintiff was able to discover email addresses for the domestic Defendants through the marketplaces. *Id.* Plaintiff states that these email addresses are used by Defendants in their

8

communications with the marketplaces and are thus likely to be monitored. *Id.* None of Plaintiff's test emails were returned as undeliverable. *Id.* In light of the fact that Plaintiff has diligently attempted in-person service on the domestic Defendants, and that the domestic Defendants use the known email addresses to conduct business with the marketplaces, email service will be "reasonably effective to give the defendant[s] notice of the suit." TEX. R. CIV. P. 106(b).

## CONCLUSION

Plaintiff has attempted to serve domestic Defendants with summonses and the complaint through traditional means. Those efforts failed, and Plaintiff has now shown that email service on the domestic Defendants is reasonably effective to give the defendants notice of this suit. Plaintiff has also attempted to comply with Hague Convention rules on international service. Plaintiff has shown that the foreign Defendants' addresses are not known. Plaintiff has further shown that service via email is reasonably calculated to apprise the foreign Defendants of the pendency of this suit. Accordingly, it is

**ORDERED** that Plaintiff's motion for alternate service (Doc. No. 27) is **GRANTED.** Plaintiff may serve the domestic Defendants with the summonses and complaint via email at the email address provided by the marketplaces. Plaintiff may serve the foreign Defendants with the complaint via email at the email addresses provided by the marketplaces.

So ORDERED and SIGNED this 17th day of June, 2020.

K. Nicol Mitchell
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BVE BRANDS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-505-RP |
| | § | |
| DOES 1–82, *the individuals, entities, partnerships,* | § | |
| *and associations identified on Schedule A,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff BVE Brands, LLC's ("BVE") combined ex parte application for a temporary restraining order ("TRO") and asset freezing order, motion for expedited discovery, and motion for alternate service of process. (App. TRO, Dkt. 3). After considering BVE's arguments, the record at this early stage of the litigation, and the relevant law, the Court grants each of BVE's requests.

## I. BACKGROUND

BVE manufactures and distributes a kitchen tool for making kebabs, the "Brochette Express," which it asserts is made "to the highest quality standards using only food grade plastics and [is] 100% made in the United States." (Compl., Dkt. 1, at 5–7). BVE holds a trademark registration for the Brochette Express, which it displays "prominently" on the tool and has "spent considerable resources advertising, marketing and promoting." (App. TRO, Dkt. 3, at 10).[1] BVE also holds a copyright registration for photographs used in advertising the Brochette Express. (*Id.*). It argues that its "efforts have resulted in substantial sales and invaluable consumer goodwill." (*Id.*).

---

[1] All citations to page numbers for docketed documents refer to the CM/ECF file stamp on that page.

BVE contends that each Defendant, (see Sched. A, Dkt. 1-1), "targets consumers in the United States, and has offered to sell and . . . has sold and continues to sell counterfeit products in violation of BVE's trademark and copyright." (App. TRO, Dkt. 3, at 11). "BVE reached this conclusion by visually inspecting the products as they appear on the Infringing Websites, making test purchases of the Counterfeit Products, and comparing the price of the Counterfeit Products to its genuine Brochette Express Products." (Id.). According to BVE, "Defendants have taken away BVE's ability to control the nature and quality of the Counterfeit Products or control the exclusivity of its copyrighted Photographs," "lead[ing] to loss of brand confidence, loss of future sales and loss of market share." (Id. at 11–12).

BVE has identified Defendants based on seller profiles in online marketplaces. (See Sched. A, Dkt. 1-1). BVE believes that "many if not all Defendants are Chinese residents" and that Defendants "hold most of their assets in China." (App. TRO, Dkt. 3, at 24, 27). However, BVE "could not discover a verifiable address for nearly all of the Defendants"; when it ordered products from Defendants, "some of the addresses provided pointed to random apartment buildings, third-party fulfillment warehouses in Ontario, California, an intersection and even a pond." (Id. at 28–29).

In its complaint, BVE ultimately seeks injunctive relief against Defendants and to hold them liable for statutory damages, alleging violations of 15 U.S.C. § 1114 (trademark infringement and counterfeiting), 15 U.S.C. § 1125(a) (unfair competition), Section 106 of the Copyright Act (copyright infringement), as well as civil conspiracy to commit unfair competition and copyright infringement. (Compl., Dkt. 1, at 13–25).

## II.  TEMPORARY RESTRAINING ORDER

### A.  Legal Standard

"To support the 'extraordinary equitable remedy' of a preliminary injunction, the plaintiff must establish four elements: '(1) a substantial likelihood of success on the merits; (2) a substantial

2

threat that the movant will suffer irreparable injury if the injunction is denied; (3) that the threatened injury outweighs any damage that the injunction might cause the defendant; and (4) that the injunction will not disserve the public interest." *Jackson Women's Health Org. v. Currier*, 760 F.3d 448, 452 (5th Cir. 2014) (quoting *Hoover v. Morales*, 164 F.3d 221, 224 (5th Cir. 1998). "A temporary restraining order is an extraordinary remedy which should not be granted unless the party seeking it has clearly carried the burden of persuasion on all four requirements." *White Woman's Health v. Pexm*, 264 F. Supp. 3d 813, 818 (W.D. Tex. 2017) (citing *PCI Transp., Inc. v. Fort Worth & W. R.R. Co.*, 418 F.3d 535, 545 (5th Cir. 2005)).

## B. Analysis

### 1. Likelihood of Success

BVE has sufficiently demonstrated a likelihood of success on the merits for purposes of the TRO analysis.

To prevail on its trademark infringement claims under the Lanham Act,[4] BVE must demonstrate that "(1) it possesses a legally protectable trademark and (2) [Defendants'] use of this trademark 'creates a likelihood of confusion as to source, affiliation, or sponsorship.'" *Streamline Prod. Sys., Inc. v. Streamline Mfg., Inc.*, 851 F.3d 440, 450 (5th Cir. 2017) (quoting *Nola Spice Designs, L.L.C. v. Haydel Enters., Inc.*, 783 F.3d 527, 536 (5th Cir. 2015)). If BVE can prove the latter element, it may also prevail on its unfair competition claims under the Lanham Act. *See Westchester Media v. PRL USA Holdings, Inc.*, 214 F.3d 658, 663 n.1 (5th Cir. 2000). In evaluating whether a likelihood of confusion exists, Fifth Circuit courts consider eight "digits of confusion": "'(1) the type of mark

---

[4] BVE states that its application for a temporary restraining order pertains only to its Lanham Act claims, not its claims for copyright infringement or civil conspiracy. (App. TRO, Dkt. 3, at 15 n.1). Even so, it argues that the evidence showing a likelihood of success on the former claims applies to the latter claims as well. (*Id.*). The Court finds that BVE's requirement to demonstrate a substantial likelihood of success applies to the merits of its case overall as opposed to each of its claims individually. *See Wireless v. Aland, USA, Inc.*, 545 F.3d 304, 378 (5th Cir. 2008).

allegedly infringed, (2) the similarity between the two marks, (3) the similarity of the products or services, (4) the identity of the retail outlets and purchasers, (5) the identity of the advertising media used, (6) the defendant's intent, . . . (7) any evidence of actual confusion[,]" . . . [and] (8) the degree of care exercised by potential purchasers." *Bd. of Supervisors for Louisiana State Univ. Agric. & Mech. Coll. v. Smack Apparel Co.*, 550 F.3d 465, 478 (5th Cir. 2008) (quoting *Westchester Media*, 214 F.3d at 664) [citing *Am. Rice, Inc. v. Producers Rice Mill, Inc.*, 518 F.3d 321, 329 (5th Cir. 2008)). "No single factor is dispositive, and a finding of a likelihood of confusion need not be supported by a majority of the factors." *Conan Properties, Inc. v. Conans Pizza, Inc.*, 752 F.2d 145, 150 (5th Cir. 1985). Ultimately, "[l]ikelihood of confusion is synonymous with a probability of confusion, which is more than a mere possibility of confusion." *Westchester Media*, 214 F.3d at 663–64.

### a. Element (1): Legally Protectable Trademark

For element (1), BVE has shown that it holds a legally protectable trademark for the word mark "BROCHETTE EXPRESS" and has continually used it for five consecutive years since its date of registration. (App. TRO, Dkt. 3, at 16). This showing suffices to establish BVE's likelihood of success on element (1). *See Amazing Spaces, Inc. v. Metro Mini Storage*, 608 F.3d 225, 237 (5th Cir. 2010) ("Registration of a mark with the PTO constitutes prima facie evidence of the mark's validity and the registrant's exclusive right to use the registered mark in commerce with respect to the specified goods or services."); *Am. Rice*, 518 F.3d at 330 n.25 (citing 15 U.S.C. § 1065) ("A registered mark that has been and is still in continuous use in commerce for five consecutive years subsequent to the date of such registration is incontestable.").

### b. Element (2): Likelihood of Confusion

For element (2), BVE has shown that a likelihood of confusion exists under the "digits of confusion" test. For digit (1), generally, "[t]he more distinctive a mark, the stronger the mark." *Viacom Int'l v. IJR Capital Investments, L.L.C.*, 891 F.3d 178, 193 (5th Cir. 2018). While BVE

4

apparently argues that "the BROCHETTE EXPRESS mark is a strong and distinctive mark" simply because it is "registered with the United States Patent and Trademark Office." (App. TRO, Dkt. 3, at 17), this digit instead "refers to the five categories of increasing distinctiveness that marks generally fall into: generic, descriptive, suggestive, arbitrary, and fanciful." *Springboards to Educ., Inc. v. Houston Indep. Sch. Dist.*, 912 F.3d 805, 814 (5th Cir. 2019), *as revised* (Feb. 14, 2019). The "BROCHETTE EXPRESS" mark is suggestive: it "suggests, but does not describe, an attribute of the good; it requires the consumer to exercise his imagination to apply the trademark to the good." *Id.* (quoting *Xtreme Lashes, LLC v. Xtended Beauty, Inc.*, 576 F.3d 221, 227 (5th Cir. 2009)); *cf. id.* ("A generic mark is simply the ordinary name of the product."); *id.* ("A descriptive mark conveys information about the product or service."); *id.* ("Arbitrary and fanciful marks have no relation to the product or service."). "The consumer must exercise some imagination to associate" the "BROCHETTE EXPRESS" mark with the idea of a kitchen tool meant for use with "fruit skewers, kabobs, meat skewers, as well as with sandwiches and dessert skewers." *Xtreme Lashes*, 576 F.3d at 227; (Compl., Dkt. 1, at 6). "More distinctiveness and less natural or literal content correspond with increased mark strength," and "[i]t is proper to give more weight to distinctive portions of a mark and less weight to unremarkable or generic portions." *Xtreme Lashes*, 576 F.3d at 227. Suggestive marks, such as "BROCHETTE EXPRESS," are entitled to protection, so BVE has established digit (1). *See id.* at 228.

For digit (2), BVE has established that "comparing the two marks' appearance and how they are used by Defendants and BVE shows the marks are identical in appearance." (App. TRO, Dkt. 3, at 17). Truly identical marks easily satisfy this digit's requirements. *See Xtreme Lashes*, 576 F.3d at 227.

For digit (3), similarly, BVE has established that "each Defendant is using the same mark [as BVE] for the same products, albeit counterfeits, offered for sale on the same Internet platforms." (App. TRO, Dkt. 3, at 17). Because "[t]he greater the similarity between the products and services,

the greater the likelihood of confusion," this digit weighs in favor of likelihood of confusion. *Xtreme Lashes*, 576 F.3d at 227 (quoting *Exxon Corp. v. Texas Motor Exch. of Houston, Inc.*, 628 F.2d 500, 505 (5th Cir. 1980)).

For digit (4), BVE argues that there is "substantial similarity of retail outlets and customers . . . because both parties use the same means and channels of commerce to target the same Internet consumers looking for genuine BVE products on the Internet." (App. TRO, Dkt. 3, at 17). But while BVE states that Defendants sell products on ecommerce websites including "eBay, WISH, Amazon, Alibaba, AliExpress, [and] DHGate," BVE does not assert that it uses any of these websites except Amazon. (Compl., Dkt. 1, at 9). Instead, it asserts that "[t]he Defendants' Infringing Webstores advertise and sell Counterfeit Products online, just like BVE." (App. TRO, Dkt. 3, at 17; *see also* Hart Decl., Dkt. 3-1, at 3 ("Online sales of Brochette Express product on Internet platforms such as Amazon represent 100% of BVE's business.")). Typically, "[t]he smaller the overlap between the retail outlets for and the predominant consumers of [the plaintiff and the defendant's] goods, the smaller the possibility of confusion." *Streamline Prod. Sys.*, 851 F.3d at 455; *but see Xtreme Lashes*, 573 F.3d at 229 (quoting *Sun-Fun Prod., Inc. v. Suntan Research & Dev. Inc.*, 656 F.2d 186, 192 (5th Cir. 1981)) (when "[b]uyers cannot 'compare the products side by side,'" the likelihood of confusion may increase). Here, BVE has not specifically demonstrated a large overlap between the retail outlets for its and Defendants' goods, though the predominant consumers of each are likely the same. Even so, though, both BVE and Defendants ultimately seek to land their products in the hands of home cooks, and have their products used in their customers' kitchens. *See Xtreme Lashes*, 573 F.3d at 229. This broad view of the potential overlap is warranted, particularly when, as here, certain of the outlets at issue dominate the marketplace. Otherwise, under an analysis using a purely arithmetic calculation of the overlap, a junior mark user offering a product in a large number of small outlets and a single large one—the latter producing the majority of sales—could avoid a finding of

6

likelihood of confusion on this digit if the senior mark user primarily sells the product in large markets. All things considered, then, this digit weighs in favor of likelihood of confusion, though not as strongly as it otherwise might.

For digit (5), the analysis is similar: BVE argues that "Defendants use websites such as Amazon, Wish, eBay, Ali Express, [and] Alibaba to advertise their products; just like BVE does on Amazon." (App. TRO, Dkt. 3, at 17). Even though "[t]he parties do not advertise in identical magazines," they still "target the same class of buyers," "support[ing] an inference that the parties use similar advertising and marketing channels" and weighing in favor of likelihood of confusion. *Xtreme Lashes*, 573 F.3d at 229.

For digit (6), BVE argues, in a conclusory fashion, that "Defendants are intentionally using the BROCHETTE EXPRESS mark to confuse and deceive the consuming public into thinking the Counterfeit Products are manufactured by or emanate from BVE." (App. TRO, Dkt. 3, at 18). However, "[i]f there is no evidence of intent to confuse, then this factor is neutral." *Viacom Int'l*, 891 F.3d at 195. "Evidence that a defendant intends to 'pass off' its product as that of another can be found through imitation of packaging, similar distribution methods, and more." *Id.* at 196. But "mere awareness" of a senior user's mark does not establish bad intent. *Id.* BVE does present some evidence, however, that this sort of imitation is occurring here. (*See, e.g.,* Compl., Dkt. 1, at 9–10 (depicting BVE and Defendants' portrayals of their products, which appear highly similar)). The Court thus finds that in the absence of more conclusive evidence of intent, this digit weighs somewhat in favor of likelihood of conclusion.

For digit (7), "[e]vidence that consumers have been actually confused in identifying the defendant's use of a mark as that of the plaintiff may be the best evidence of a likelihood of confusion." *Smack Apparel*, 550 F.3d at 483. The Fifth Circuit has "set a low bar for this showing, stating that a plaintiff need provide 'very little proof of actual confusion . . . to prove likelihood of

7

confusion." *Streamline Prod. Sys.*, 851 F.3d at 457 (quoting *Xtreme Lashes*, 573 F.3d at 229). Nevertheless, this factor weighs against likelihood of confusion in this case. BVE presents no evidence of actual confusion, contending instead that "actual confusion can be inferred from Defendants selling counterfeit look-a-like versions of the Brochure Express Products." (App. TRO, Dkt. 3, at 18); *cf. Streamline Prod. Sys.*, 851 F.3d at 457 ("Testimony of a single known incident of actual confusion by a consumer has been found to be sufficient evidence to support the district court's finding of actual confusion.").

For digit (8), the degree of care exercised by potential purchasers is "dependent in part on the price of the item"; when it is "relatively inexpensive, a buyer may take less care in selecting the item, thereby increasing the risk of confusion." *Streamline Prod. Sys.*, 851 F.3d at 458 (quoting *Smack Apparel*, 550 F.3d at 483). "Under this digit, the greater the care potential purchasers exercise, the less likely it is they will confuse a junior mark user's products or services with the senior mark user's products or services." *Springboards to Educ.*, 912 F.3d at 817. The Fifth Circuit has held that purchasers of goods meant for typical consumers "are likely to be less deliberative" when compared to purchasers who "are buying for professional and institutional purposes at a cost in the thousands of dollars" and so "are virtually certain to be informed, deliberative buyers. *Oreck Corp. v. U.S. Floor Systems, Inc.*, 803 F.2d 166, 173 (5th Cir. 1986). Here, the goods at issue are relatively inexpensive and meant for typical consumers, "the sort of purchasing environment in which confusion flourishes." *Id.* at 174. BVE prevails on this digit.

Taken together, then, the "digits of confusion" weigh solidly in favor of a finding of a likelihood of confusion. Combined with BVE's evidence that it does possess the legally protectable trademark at issue, the Court finds that BVE has demonstrated a likelihood of success on the merits for the purposes of obtaining a temporary restraining order against Defendants.

8

## 2. Irreparable Harm

Next, the Court concludes that BVE has demonstrated the threat of irreparable harm should a temporary restraining order not be issued. The Fifth Circuit has not decided the question of whether a finding of a likelihood of confusion creates a presumption of irreparable harm. *See Emerald City Mgmt., L.L.C. v. Kahn*, 624 F. App'x 223, 224 (5th Cir. 2015) (per curiam) (citing *Paulsson Geophysical Servs., Inc. v. Sigmar*, 529 F.3d 303, 313 (5th Cir. 2008)). However, in a trademark case, the Fifth Circuit has held that "damage could not be fully repaired by monetary remedies," justifying injunctive relief, when "the small community of the plaintiff's potential customers may have been confused by the defendants providing services under the plaintiff's mark; there was a threat to the goodwill and value of the plaintiff's mark because the defendants were continuing to use the mark while modifying the product associated with it; and any damage to goodwill could not be quantified." *Id.* (citing *Paulsson Geophysical Servs.*, 529 F.3d at 313); *accord Rex Pharm., Inc. v. Andrx Corp.*, 369 F.3d 700, 726 (3d Cir. 2004) ("Grounds for irreparable injury include loss of control of reputation, loss of trade, and loss of goodwill."); *Re/Max N. Cent., Inc. v. Cook*, 272 F.3d 424, 432 (7th Cir. 2001) ("The most corrosive and irreparable harm attributable to trademark infringement is the inability of the victim to control the nature and quality of the defendants' goods.").

Here, BVE argues that "Defendants' infringing acts have and continue to irreparably harm BVE's goodwill and brand confidence, its reputation, its exclusivity over the marks and its ability to control the quality of the mark." (App., TRO, Dkt. 3, at 19). In BVE's telling, "[t]he extent of the harm to BVE's reputation and goodwill and the possible diversion of customers due to loss in brand confidence is irreparable and incalculable." (*Id.*). Consequently, the Court finds that BVE has shown a threat to the goodwill and value of its mark and a difficulty in quantifying damage to it, justifying a finding in turn of irreparable harm. *See Paulsson Geophysical Servs.*, 529 F.3d at 313.

### 3. Balance of Hardships

The Court finds that the balance of hardships tilts in favor of BVE. BVE asserts that it "has spent significant time and money promoting its mark and the Brochette Express Products." (App. TRO, Dkt. 3, at 20). Particularly in the event that Defendants are indeed willfully infringing BVE's mark, the balance of hardships in this case favors BVE. *See J & H Indus., Inc. a. Salazar*, 932 F. Supp. 2d 754, 765 [N.D. Tex. 2013].

### 4. Public Interest

The Court also concludes that "[p]rotecting [BVE's] valid trademark from infringement by a junior user" with a temporary restraining order would not "disserve the public interest." *Quantum Fitness Corp. v. Quantum Lifestyle Centers, L.L.C.*, 83 F. Supp. 2d 810, 832 (S.D. Tex. 1999). "The public interest is always served by requiring compliance with Congressional statutes such as the Lanham Act and by enjoining the use of infringing marks," so temporary injunctive relief is warranted here. *Id.*

### 5. Bond

Under Federal Rule of Civil Procedure 65(c), the Court may only issue a temporary restraining order if the moving party "gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." BVE asks the Court to set a bond of $10,000 or less "because of the strong and unequivocal nature of BVE's evidence of counterfeiting, infringement and unfair competition." (App. TRO, Dkt. 3, at 50).

The Court finds that a $10,000 bond is appropriate. It will properly assure Defendants that they "may readily collect damages from the funds posted . . . in the event that [they were] wrongfully enjoined, without further [ll]egation and without regard to [BVE's] possible insolvency." *Continuum Co. v. Incepts, Inc.*, 873 F.2d 801, 803 (5th Cir. 1989), *on reconsideration sub nom. Continuum Co. v. Incepts,*

*Inc.*, 901 F.2d 1111 (5th Cir. 1990). And it will provide BVE with "notice of the maximum extent of its potential liability, since the amount of the bond 'is the limit of the damages [Defendants] can obtain for a wrongful injunction, . . . provided [BVE] was acting in good faith.'" *Id.* (quoting *Coyne-Delany Co. v. Capital Dev. Bd. of State of Ill.*, 717 F.2d 385, 393 (7th Cir. 1983)).

## III. ASSET FREEZING ORDER

Next, BVE requests that the Court enter an order "restraining the Defendants' assets through the time of trial to preserve the status quo" to protect "BVE's right to an equitable accounting of Defendants' infringing profits." (App. TRO, Dkt. 3, at 23). "Because [BVE] seek[s] equitable relief, the district court [is] authorized to preserve the *status quo* by entering a limited asset freeze." *Animale Grp., Inc. v. Sunny's Perfume Inc.*, 256 F. App'x 707, 709 (5th Cir. 2007) (per curiam) (citing *Maltina Corp. v. Cawy Bottling Co.*, 613 F.2d 582, 584–85) (5th Cir. 1980)); *accord, e.g., Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986–87 (11th Cir. 1995); *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992); *see generally Grupo Mexicano de Desarrollo, S.A. v. Alliance Bond Fund, Inc.*, 527 U.S. 308, 333 (1999). BVE argues that "Defendants will likely disregard their responsibilities and fraudulently transfer financial assets out of Infringing Webstores or payment accounts to overseas accounts before judgment is issued." (App. TRO, Dkt. 3, at 23).

Fifth Circuit courts considering asset freezing orders against multiple defendants have required the plaintiff to "distinguish among the defendants on the basis of their involvement in the alleged [unlawful acts] or their present or future risk of asset concealment or dissipation." *Newby v. Enron Corp.*, 188 F. Supp. 2d 684, 708 (S.D. Tex. 2002). In this analysis, the plaintiff must show, using evidence in the record, that each "individual defendan[t] will remove the assets from the reach of [the plaintiff], so as to cause irreparable injury absent an asset freeze." *Id.*

Here, BVE does not appreciably distinguish between Defendants, tending to refer to them in broad strokes. This may very well be because BVE is unable to distinguish individual Defendants

at all—let alone predict their proportionate risk of asset concealment or dissipation—despite its reasonable efforts to do so. (*See* App. TRO, Dkt. 3, at 27).

So, the Court is satisfied that despite this lack of specificity, BVE has "show[n] a sufficient nexus between the assets sought to be frozen and the equitable relief [it] request[s]," and that an asset freezing order is "a reasonable measure to preserve the status quo in aid of the ultimate equitable relief claimed." *Newby*, 188 F. Supp. 2d at 697. Moreover, "[i]n the cases in which such a prejudgment asset-freezing injunction is granted, the courts have been presented with allegations and evidence showing that the defendants were concealing assets, were transferring them so as to place them out of the reach of postjudgment collection, or were dissipating the assets." *Id.* BVE has made such allegations. (*See, e.g.*, Hart Decl., Dkt. 3-1, at 10 ("The counterfeiters are in constant communication with each other and regularly participate in online private chat rooms and through websites . . . to discuss tactics for . . . withdrawing the balances from their seller accounts to avoid enforcement of United States judgements in China or other foreign jurisdictions.")). Consequently, the Court will grant BVE's request for an asset freezing order.

## IV. MOTION FOR EXPEDITED DISCOVERY

BVE also requests that the Court enter an order "allowing expedited discovery into the bank and payment system accounts Defendants use for their counterfeit sales operations and electronic mail addresses to perfect service of process by electronic means." (App. TRO, Dkt. 3, at 25). Federal Rules of Civil Procedure 34(b) and 26(d) allow a party to seek expedited discovery of the type BVE requests, and the Fifth Circuit has permitted such discovery in certain circumstances. *See, e.g.*, *FMC Corp. v. Varco Int'l, Inc.*, 677 F.2d 500, 501 (5th Cir. 1982) (affirming district court's order authorizing expedited discovery before a hearing on a preliminary injunction); *Chilling v. Funding Resource Group*, 227 F.3d 221, 233 (5th Cir. 2000) (affirming a district court's order of expedited discovery).

12

Although the Federal Rules do not provide a standard for the Court to use in exercising its authority to order expedited discovery, courts generally use either a "preliminary-injunction-style analysis" or the "good cause standard" to determine whether a party is entitled to conduct expedited discovery. *See, e.g., Grunthal v. Jones*, No. 4:15‑CV‑41, 2016 WL 362312, at *1 (S.D. Tex. Jan. 29, 2016). The Fifth Circuit has not expressly adopted either standard, but several district courts within the Fifth Circuit have used the good cause standard. *Id.* "In determining whether good cause exists, courts often consider '(1) whether a preliminary injunction is pending; (2) the breadth of the discovery requests; (3) the purpose for requesting the expedited discovery; (4) the burden on the defendants to comply with the requests; and (5) how far in advance of the typical discovery process the request was made.'" *Id.* at *2 (quoting *St. Louis Grp., Inc. v. Metals & Additives Corp.*, 275 F.R.D. 236, 240 (S.D. Tex. 2011)). The burden of showing good cause is on the party seeking the expedited discovery, and the subject matter related to requests for expedited discovery should be narrowly tailored in scope. *St. Louis Grp.*, 275 F.R.D. at 240.

Though Defendants have not been afforded the opportunity to respond to BVE's arguments, the Court finds that under the good cause standard, BVE's request for expedited discovery should be granted. An injunction is pending and the requests are appropriately tailored and made for a reasonable purpose. The information to be discovered is likely relatively easily available to Defendants as well as their banks and payment processers. (*See* Prop. Order, Dkt. 3‑12, at 5–7). While BVE made its request well in advance of the typical discovery timeline, the limited nature of the discovery it seeks does not substantially alter the normal course of the case in a way that would seriously prejudice Defendants. Accordingly, the Court will allow BVE to conduct limited expedited discovery of the nature it has outlined in its proposed order.

13

## V. MOTION FOR ALTERNATE SERVICE

**Finally**, BVE requests that the Court enter an order allowing it to serve Defendants by email **to the addresses** they list in their online storefronts. (App. TRO, Dkt. 3, at 26). "BVE has been **unable to determine** the exact physical whereabouts or identities of each Defendant due to the lack **of and/or false** contact information on each Defendant's Infringing Webstores," but "has good **cause to suspect** [that] many if not all Defendants are Chinese residents." (*Id.* at 27).

**Federal** Rule of Civil Procedure 4(f) allows service of people located outside the United **States "by any** internationally agreed means of service that is reasonably calculated to give notice, **such as those** authorized by the Hague Convention on the Service Abroad of Judicial and **Extrajudicial** Documents"; "if there is no internationally agreed means, or if an international **agreement all**ows but does not specify other means, by a method that is reasonably calculated to give **notice"; or "**by other means not prohibited by international agreement, as the court orders." **"[S]ervice pur**suant to Hague Convention procedures is required only if the method of serving **process invol**ves the transmittal of documents abroad. In determining whether service involves the **transmittal of** documents abroad, courts are to look to the method of service prescribed by the **internal law** of the forum state." *Shats v. Yamaha Motor Corp., U.S.A.*, 891 F.2d 533, 537 (5th Cir. **1990) (citing** *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 698 (1988)). Moreover, "[u]se **of Hague Ser**vice Convention procedures is mandatory if available at the place of service," but the Hague **"shall** not apply where the address of the person to be served with the document is not **known." Gramercy** *Ins. Co. v. Kavanagh*, No. 3:10-CV-1254-D, 2011 WL 1791241, at *1 (N.D. Tex. **May 10, 2011)** (quoting Convention on the Service Abroad of Judicial and Extrajudicial Documents **in Civil or Com**mercial Matters art. 1, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163). In that **event, "[c]ourt**s have broad discretion in ordering service under Rule 4(f)(3) so long as the service is **consistent wi**th the due process requirements of reasonable notice and an opportunity to be heard."

14

*Id.* The alternate service method must be "reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 312 (1950).

Here, the Court concludes that alternate service by email on Defendants is permissible under the Hague Convention, Rule 4(f), and the requirements of due process. BVE has established that it has been unable to locate Defendants personally or discover their addresses, despite its efforts to do so. *See Gateway Inc.*, 2011 WL 1791241, at *1; (App. TRO, Dkt. 3, at 27–29). BVE has also established that Defendants both must use email to "communicate with consumers" and "maintain contact" with ecommerce platforms and "must provide electronic mail addresses for their payment accounts to accept payments for the Counterfeit Products." (App. TRO, Dkt. 3, at 29); *cf. RPost Holdings, Inc. v. Kagan*, No. 2:11-CV-238-JRG, 2012 WL 194388, at *2 (E.D. Tex. Jan. 23, 2012) (finding "no material doubt" that defendants would be provided notice by email when plaintiff had previously "successfully and repeatedly reached [defendants] via email"). Courts often authorize email service "when the record discloses diligent efforts by the plaintiff to obtain a physical address to effect traditional service, that the defendant does business on-line (particularly business related to the subject of the suit), and that the defendant has recently communicated using the e-mail address the plaintiff proposes to use for service." *Collins v. Doe*, No. CIV.A. H-10-2882, 2010 WL 4954727, at *1 (S.D. Tex. Nov. 30, 2010) (collecting cases). Most if not all of those circumstances are found here. Therefore, the Court will allow BVE to serve Defendants in the manner BVE outlines in its proposed order. (*See* Prop. Order, Dkt. 3-12, at 8).

## VI. CONCLUSION

For the reasons discussed above, **IT IS ORDERED** that each of BVE's requests in its combined ex parte application for a temporary restraining order ("TRO") and asset freezing order, motion for expedited discovery, and motion for alternate service of process, (Dkt. 3), is

App'x 2021

GRANTED. This Order is issued without notice to Defendants due to BVE's representations that it has been unable to obtain definitive contact information for them despite reasonable efforts and that notice would likely impair BVE's rights to an equitable accounting. *See* Fed. Civ. R. P. 65(b)(1)–(2); (App. TRO, Dkt. 3, at 12).

## A. Temporary Restraining Order

IT IS ORDERED that Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

1. Using the BROCHETTE EXPRESS trademark or any reproduction, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BROCHETTE EXPRESS product or not authorized by BVE to be sold in connection with the BROCHETTE EXPRESS trademark;

2. Passing off, including, or enabling others to sell or pass off any product as a genuine BROCHETTE EXPRESS product or any other product produced by BVE, that is not BVE's or not produced under the authorization, control, or supervision of BVE and approved by BVE for sale under the BROCHETTE EXPRESS trademark;

3. Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products, including, without limitation, those identified in BVE's complaint, (Dkt. 1), Schedule A, (Dkt. 1-1), and Exhibits 4–85 to the combined ex parte application, (Dkt. 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8), are those sold under the authorization, control, or supervision of BVE, or are sponsored by, approved by, or otherwise connected with the BROCHETTE EXPRESS trademark or BVE;

16

4. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BVE, nor authorized by BVE to be sold or offered for sale, and which bear the BROCHETTE EXPRESS trademark, or any reproductions, counterfeit copies, or colorable imitations thereof; and.

5. Using, linking, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products.

IT IS FURTHER ORDERED that Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

1. Moving or destroying, or otherwise disposing of any items, merchandise or documents relating to the Counterfeit Products, Defendants' infringing webstores and/or websites, and/or Defendants' assets and operations; and

2. Removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' infringing webstores, websites, assets, operations, or relating in any way to the manufacture, acquisition, purchase, distribution or sale of counterfeit products, or any reproduction, copy or colorable imitation of the BROCHETTE EXPRESS trademark.

IT IS FURTHER ORDERED that within 14 days of receiving notice of this Order, Defendants shall serve upon BVE a written report under oath providing (a) their true names and physical addresses; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including but not limited to all Amazon, eBay, Wish,

17

DHGate, AliExpress, Alibaba, PayPal, Western Union, Payoneer, and/or Worldfirst accounts; and (d) the steps taken by Defendants to comply with the Court's orders listed above.

**IT IS FURTHER ORDERED** that this Order shall apply to the infringing webstores and websites and any other domain names properly brought to the Court's attention by sworn affidavit that verifies such new webstores or domain names are being used by Defendants for the purpose of counterfeiting the BROCHETTE EXPRESS trademark at issue in this action and/or unfairly competing with BVE.

**IT IS FURTHER ORDERED** that upon **five days'** written notice, or on shorter notice as set by the Court in a separate order, any Defendant may appear and move to dissolve or modify this Order upon an appropriate evidentiary showing.

**IT IS FURTHER ORDERED** that BVE shall file a bond, cash or surety, in the amount of $10,000.00, with the Court.

**IT IS FINALLY ORDERED** that this Order shall remain in effect for **14 days** unless, before that period expires, BVE moves for an extension and demonstrates good cause for one extension of **14 days**. *See* Fed. R. Civ. P. 65(b)(2).

### B. Expedited Discovery Order

**IT IS ORDERED** that BVE may immediately commence discovery by providing actual notice of this Order, by subpoena or otherwise, to any of the following parties:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them;

2. Any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, eBay, Wish, Ali Express, Alibaba, DHGate, PayPal, Western Union, Payoneer, Worldfirst, or other merchant account

18

providers, payment providers, third party processors, or credit card associations that receive payments or hold assets on Defendants' behalf; and

3.   Any third-party service providers, including, without limitation, Internet Service Providers (ISPs), back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries, or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers").

Within five days after receiving BVI's notice, the parties listed above shall provide copies of all documents and records in their possession or control relating to:

1.   The identities and addresses of Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them and the location and identities of Defendants' operations, including, without limitation, identifying information associated with Defendants' infringing webstores, websites, and financial accounts;

2.   The nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to the infringing websites;

3.   Defendants' infringing webstores, websites, and any domain name registered by Defendants; and

4.   Any financial accounts owned by or controlled by Defendants, including their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under control of any banks,

19

App'x 2025

savings and **loan associations**, payment processors or other financial institutions, including, w**ithout limitation**, Amazon, eBay, Wish, Ali Express, Alibaba, DHGate, PayPal, West**ern Union, Pay**oneer, or Worldfirst, or other m**erchant account** providers, p**ayment providers**, third party processors, and/or **credit card** associations that receive **payments or hold** assets on Defendants' behalf.

## C. Asset Freezing Order

IT IS ORDERED th**at Defendant**s and any person in active concert or participation with them who have actual notice **of this Order** shall be temporarily restrained and enjoined from transferring or disposing of **any money or** other of Defendants' assets until further ordered by the Court.

IT IS FURTHER **ORDERED** that Amazon, eBay, Wish, DHGate, Alibaba, Ali Express, and their affiliates shall, with**in two business days** of receipt of this Order, block any money transfers and funds from being **transferred** by Defendants, (*see* Sched. A, Dkt. 1-1), until further notice by the Court.

IT IS FURTHER **ORDERED** that PayPal, Payoneer, Worldfirst (collectively, "Payment Processors], shall, within **two business days** of receipt of this Order, for any Defendant or any Defendant's infringing webs**ites, locate all** accounts and funds connected to Defendants and the infringing websites, including**, but not limit**ed to, any Payment Processor accounts connected to the information listed in Schedule **A, (Dkt. 1-1**), and any email addresses provided for Defendants by third parties.[3]

---

[3] In his proposed order, BVF su**ggested that the** Court order the Payment Processors to "[R]estrain and enjoin any such accounts or funds that **are non-U.S.** based from transferring or disposing of any money or other of Defendants" assets until further **ordered by the** Court." (Prop. Order, Dkt. 3-12, at 7). In his motion, BVF did not provide authority for the p**roposition that** the Court can lawfully or effectively order that accounts and funds located outside the Unit**ed States be froz**en. (*See* App. TRO, Dkt. 3, at 23–24). Should BVF wish to file an additional motion providing **a basis for this** relief, the Court will entertain it.

IT IS FINALLY ORDERED that any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' infringing websites, shall, within two business days of receipt of this Order, locate all accounts and funds connected to Defendants and the infringing websites, including, but not limited to, any financial accounts connected to the information contained in Schedule A, (Dkt. 1-1), and any email addresses provided for Defendants by third parties.[4]

### D. Alternate Service Order

IT IS ORDERED that BVE may provide notice of these proceedings to Defendants, notice of the preliminary injunction hearing to be scheduled in short order, and service of process of the Complaint and any amendments under Federal Rule of Civil Procedure 4(f)(3), by sending an email to the email addresses provided for Defendants by third parties hosting their webstores, such as Amazon, eBay, Wish, DHGate, AliExpress and Alibaba. Providing notice through this alternative means, along with any notice that Defendants receive from webstore hosts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them reasonable opportunity to present their objections in satisfaction of due process.

SIGNED on May 14, 2020, at 2:57 p.m.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[4] See note 3, supra.