IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | |
|---|---|
| **LABOR SAVING SYSTEMS LTD.** §<br>d/b/a Magnepull, §<br>*Plaintiff*, §<br> §<br>v. §<br> §<br>**HARBOR FREIGHT TOOLS USA, INC.,** §<br>**DOES 1–79,** §<br>*Defendants.* § | Case No.  4:21-cv-01389-O |

### PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT HARBOR FREIGHT TOOLS USA, INC.

Plaintiff Labor Saving Systems Ltd. d/b/a as Magnepull ("Plaintiff"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his Complaint against Defendant Harbor Freight Tools USA, Inc. ("HFT") without prejudice.

HFT has filed neither an answer to the Compliant nor a motion for summary judgment as to Plaintiff's claims. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

/s/Warren V. Norred, P.E.
Warren V. Norred, P.E.
NORRED LAW, PLLC; 515 East Border Street; Arlington, Texas 76010
817.704.3984 office; 817.524.6686 fax
warren@norredlaw.com;
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE -** I certify that a copy of the attached document was served informally to Harbor Freight by email on January 21, 2022, to its counsel, Dave Grable <davegrable@quinnemanuel.com> and Eric Huang <erichuang@quinnemanuel.com>.
   /s/ Warren V. Norred
   Warren V. Norred

**CERTIFICATE OF CONFERENCE** No defendant has appeared yet in this case, and therefore, pursuant to Local Rule 7.1b, undersigned counsel states that he is unable to meet and confer with the defendants and unable to state whether this motion is opposed.
   /s/ Warren V. Norred
   Warren V. Norred