| Doe# | Marketplace | Seller Name | Seller ID | Seller URL | Product ID | Product URL |
|---|---|---|---|---|---|---|
| 1 | Amazon | GuangzhouXuanningDianziShangwuMaoyiYouxianGongsi | Mirashine | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3CNVFOOK8IDFJ&sshmPath= | B092CPM5HH | https://www.amazon.com/MiraShine-Oscillating-Universal-Attachment-Multimaster/dp/B092CPM5HH |
| 2 | Amazon | folconroad | | | B09FLRTZG8 | https://www.amazon.com/Stainless-Compatible-oscillating-Multi-Tools-Rectangle/dp/B09FLRTZG8 |
| 3 | Amazon | LOW PRICE SUPPLY INC | | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A25T7WW49204TR&sshmPath= | B08F31D3N9 | https://www.amazon.com/Electrical-Cutout-Oscillating-Multi-Tools-Universal/dp/B08F31D3N9 |
| 4 | Amazon | Qingguoshengwuwangluokejiyouxiangongsi | Petnino | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LIEVR2EJP1T6&sshmPath= | B09FFB84BR | https://www.amazon.com/Rectangle-Stainless-Low-Voltage-Electrical-Compatible/dp/B09FFB84BR?th=1 |
| 4 | Amazon | Qingguoshengwuwangluokejiyouxiangongsi | Petnino | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LIEVR2EJP1T6&sshmPath= | B09FF7QPX7 | https://www.amazon.com/Rectangle-Stainless-Low-Voltage-Electrical-Compatible/dp/B09FF7QPX7/ref=sr_1_1?keywords=B09FF7QPX7&qid=1639505627&s=industrial&sr=1-1&th=1 |
| 5 | Amazon | JINJIANGQU YUANXUEYUANMEI SHANGMAOBU | Source beauty | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A164LOHBQ6ANIW&sshmPath= | B09FKZHQQ2 | https://www.amazon.com/Ziermo-Rectangle-Compatible-Oscillating-Multi-Tools/dp/B09FKZHQQ2/ref=sr_1_1?keywords=B09FKZHQQ2&qid=1639505721&s=industrial&sr=1-1&th=1 |
| 6 | Amazon | suininglufengwangdianzishangwuyouxiangongsi | Luufenegwacgn | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1CC9LS6P6RY3G&sshmPath= | B09H27TNXQ | https://www.amazon.com/Rectangle-Electric-Oscillating-Stainless-Electrical/dp/B09H27TNXQ/ref=sr_1_1?keywords=B09H27TNXQ&qid=1639505942&sr=8-1 |
| 7 | Amazon | hefeiyuesixinxijishuyouxiangongsi | Yuesiyary | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ADCQ7LJ1UJ050&sshmPath= | B09DPM1MRK | https://www.amazon.com/Stainless-Effortless-Universal-Plasterboard-Rectangle/dp/B09DPM1MRK/ref=sr_1_1?keywords=B09DPM1MRK&qid=1639506017&sr=8-1&th=1 |
| 7 | Amazon | hefeiyuesixinxijishuyouxiangongsi | Yuesiyary | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ADCQ7LJ1UJ050&sshmPath= | B09DPLYT5B | https://www.amazon.com/Stainless-Effortless-Milling-Universal-Plasterboard/dp/B09DPLYT5B/ref=sr_1_1?keywords=B09DPLYT5B&qid=1639506063&sr=8-1&th=1 |
| 8 | Amazon | xixianxinqufengdongxinchengyujinanbaihuodian | Jordan-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3H364F3KLB7EP&sshmPath= | B09F3DM2G4 | https://www.amazon.com/Stainless-Installation-Oscillation-Compatible-Universal/dp/B09F3DM2G4/ref=sr_1_1?keywords=B09F3DM2G4&qid=1639506116&sr=8-1&th=1 |
| 9 | Amazon | xixianxinqufengdongxinchengyujinanbaihuodian | Jordan-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3H364F3KLB7EP&sshmPath= | B09F3C8DBB | https://www.amazon.com/Stainless-Installation-Oscillation-Compatible-Universal/dp/B09F3C8DBB/ref=sr_1_1?keywords=B09F3C8DBB&qid=1639507925&sr=8-1&th=1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Amazon | hefeisiteruigewangluokejiyouxiangongsi | Holph | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AHGIXY3FKMO87&sshmPath= | B09F9K1GK9 | https://www.amazon.com/Oscillating-Stainless-Rectangle-Milling-Plasterboard/dp/B09F9K1GK9/ref=sr_1_1?keywords=B09F9K1GK9&qid=1639507980&sr=8-1 |
| 11 | Amazon | yongdingqujiancuiyoubaihuodian | Quen-shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A25TRC3WMMMEBW&sshmPath= | B09F373LCF | https://www.amazon.com/Stainless-plastic-oscillating-Universal-Attachment/dp/B09F373LCF/ref=sr_1_1?keywords=B09F373LCF&qid=1639508038&sr=8-1 |
| 12 | Amazon | Hefei Tancha E-Commerce Co., Ltd. | TahdaidnChar | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2GF0IM33KRCBH&sshmPath= | B09FJW79JB | https://www.amazon.com/Pieces-Stainless-Woodworking-Slotting-Open%EF%BC%88Silver/dp/B09FJW79JB/ref=sr_1_1?keywords=B09FJW79JB&qid=1639508098&sr=8-1 |
| 13 | Amazon | Xiaoguangniuriu | Zuihoudexliwang | | | https://www.amazon.com/Stainless-Low-Voltage-Electrical-Mounting-Rectangle/dp/B09GB1CMK2/ref=asc_df_B09GB1CMK2/?tag=hyprod-20&linkCode=df0&hvadid=532825202294&hvpos=&hvnetw=g&hvrand=5281185425454991361&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9027195&hvtargid=pla-1456421557100&psc=1 |
| 14 | Amazon | LGIANG | LIANGJIAN | https://www.amazon.com/s?k=LIANGJIAN&ref=bl_dp_s_web_0 | | https://www.amazon.com/Stainless-Square-Oscillating-Universal-Rectangle/dp/B09GKY4V19 |
| 15 | Amazon | KDGENG | Wormyd | https://www.amazon.com/s?k=Wormyd&ref=bl_dp_s_web_0 | | https://www.amazon.com/Square-Stainless-Universal-Plasterboard-Cutting/dp/B09D9M1GQY?th=1 |
| 16 | Zezzo | Zazzo | | | | https://zezzoshop.com/products/slot-cutter?_pos=1&_sid=3fef1809e&_ss=r&variant=40622011809950 |
| 17 | Ebay | Zezzo | zezzoshop | https://www.ebay.com/usr/zezzoshop?_trksid=p2047675.l2559 | 3.04136E+11 | https://www.ebay.com/itm/304136382190?hash=item46cff0e6ee:g:EtgAAOSw61RhNyf4 |
| 18 | Ebay | Zezzo | zezzo-shop | https://www.ebay.com/usr/zezzo-shop?_trksid=p2047675.l2559 | 3.53695E+11 | https://www.ebay.com/itm/353694839124 |
| 19 | Ebay | lnuafney | lnuafney | https://www.ebay.com/usr/lnuafney?_trksid=p2047675.l2559 | 3.9363E+11 | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Opener-Precise-Cutting-Quickly-With-Standard-Oscillating/393629758368 |
| 20 | Ebay | shangya_69 | shangya_69 | https://www.ebay.com/usr/shangya_69?_trksid=p2047675.l2559 | 2.24612E+11 | https://www.ebay.com/itm/224611691261?hash=item344be66afd:g:FqAAAOSw4GlhLy76 |
| 21 | Ebay | lolomahhale | lolomahhale | https://www.ebay.com/usr/lolomahhale?_trksid=p2047675.l2559 | 3.13654E+11 | https://www.ebay.com/itm/313653555721?hash=item4907357209:g:nj0AAOSwZgxhKXHH |
| 22 | Ebay | thealienstore | thealienstore | https://www.ebay.com/usr/thealienstore?_trksid=p2047675.l2559 | 3.7372E+11 | https://www.ebay.com/itm/373720021651?hash=item570372fa93:g:pTYAAOSwLtxhP0DT |
| 23 | Ebay | camarel-custard | camarel-custard | https://www.ebay.com/usr/camarel-custard?_trksid=p2047675.l2559 | 3.84415E+11 | https://www.ebay.com/itm/384415446154?hash=item5980f2348a:g:8-YAAOSwIFhhUZDV |
| 24 | Ebay | dealbestshop | dealbestshop | https://www.ebay.com/usr/dealbestshop?_trksid=p2047675.l2559 | 1.24972E+11 | https://www.ebay.com/itm/124971509794?hash=item1d18e1e822:g:dM8AAOSw8PRhdoL0 |
| 25 | Ebay | kiko76 | kiko76 | https://www.ebay.com/fdbk/feedback_profile/kikio76?filter=feedback_page:RECEIVED_AS_SELLER&_trksid=p2047675.l2560 | 1.5467E+11 | https://www.ebay.com/itm/154670079300?hash=item24030e1d44:g:CWAAAOSwITRhd~X5 |
| 26 | Ebay | fezzol | fezzol | https://www.ebay.com/usr/fezzol?_trksid=p2047675.l2559 | 2.03743E+11 | https://www.ebay.com/itm/203743049124?hash=item2f700835a4:g:9yUAAOSwyVFhLthb |
| 27 | Ebay | suntopko | suntopko | https://www.ebay.com/usr/suntopko?_trksid=p2047675.l2559 | 1.33916E+11 | https://www.ebay.com/itm/133916085242?hash=item1f2e054bfa:g:F5UAAOSwlL5heROt |
| 28 | Ebay | aattp | aattp | https://www.ebay.com/str/aattp | 2.84442E+11 | https://www.ebay.com/itm/284442317252?hash=item423a1551c4:g:T0QAAOSwGU1hN2ZI |
| 29 | Ebay | bead-wholesale | bead-wholesale | https://www.ebay.com/usr/bead-wholesale?_trksid=p2047675.l2559 | 3.34147E+11 | https://www.ebay.com/itm/334146592879?hash=item4dccb0606f:g:eIEAAOSwRn1hPrcb |

| # | Platform | Seller | | URL1 | | URL2 | |
|---|---|---|---|---|---|---|---|
| 30 | Ebay | jiegeng9527 | | https://www.ebay.com/usr/jiegeng9527?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Opener-Precise-Cutting-Quickly-With-Standard-Oscillating/304225746782 | |
| 31 | Ebay | morningfast-1 | | https://www.ebay.com/usr/morningfast-1?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/Square-Slot-Cutter-Hole-Open-Precise-Cutting-Quickly-With-Standard-Oscillating/203705902104 | |
| 32 | Ebay | jakeypatato111 | | https://www.ebay.com/usr/jakeypatato111?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/334229820668?hash=item4dd1a654fc:g:fa4AAOSwavVhSw5W | |
| 33 | Ebay | motownthrifts | | https://www.ebay.com/usr/motownthrifts?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/274673370071?hash=item3ff3cf03d7:g:L5kAAOSwPPZgHdcE | |
| 34 | Ebay | 3817brian | | https://www.ebay.com/str/3817brian?mkevt=1&mkcid=1&mkrid=711-53200-19255-0&campid=5336728181&customid=&toolid=10001 | | https://www.ebay.com/itm/402659205112?hash=item5dc05bdff8:g:hTkAAOSwos1gDemK | |
| 35 | Ebay | topdeals_247 | | https://www.ebay.com/usr/topdeals_247?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/373283098545 | |
| 36 | Ebay | queenmicro | | https://www.ebay.com/usr/queenmicro?_trksid=p2047675.m3561.l2559 | | https://www.ebay.com/itm/254779731778?hash=item3b520e2f42:g:zCAAAOSwZ5Vfsg7N | |
| 37 | Alibaba | Yiwu Paili E-Commerce Firm | | https://paili2020.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.4ddd2f8cWiWoLh | | https://paili2020.en.alibaba.com/product/1600367795817-0/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.11.21c64965yx8MFC | |
| 38 | Alibaba | Zhuhai Onetwothree Technology Co., Ltd | | https://cnonetwothree.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.531221c4qmxnRA | | https://cnonetwothree.en.alibaba.com/product/1600371615444-828984717/Oscillating_Multi_Tool_Blade_Saw_for_Single_Gang_Outlet_Box_Square_Slot_Cutter_with_Four_Blades_Multi_Tool_Single_Double_Gang.html?spm=a2700.shop_plser.41413.13.19dd531cd0rcY1 | |
| 39 | Alibaba | Shenzhen Hongying Supply Chain Co., Ltd. | | https://leite20150120.en.alibaba.com/?spm=a2700.details.cordpanyb.2.736929567CzRgd | | https://leite20150120.en.alibaba.com/product/1600324280194-820896345/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.14.78d45250wup6cv | |
| 40 | Alibaba | Yiwu Paili E-Commerce Firm | | https://paili2020.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.52d52f8chmcl3l | | https://paili2020.en.alibaba.com/product/1600367795817-0/Amazon_Hot_Qbit_Stainless_Steel_Saw_Square_Slot_Cutter_Power_Oscillating_Multi_tool_Boxed_Blade_Saw.html?spm=a2700.shop_plser.41413.11.1fd44965c1Bnhk | |
| 41 | Alibaba | Shanghai Toolway International Trading Ltd. | | https://toolwaygroup.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.748842fdiTzPt3 | | https://toolwaygroup.en.alibaba.com/product/1600317406792-905333508/TOOLWAY_75_75_22mm_Oscillating_multi_tool_quick_change_HCS_box_cutter_cutting_tools_for_plaster_board.html?spm=a2700.shop_plser.41413.27.7f13e43aixzapq | |
| 42 | Alibaba | Shanghai Toolway International Trading Ltd. | | https://toolwaygroup.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.748842fdiTzPt3 | | https://toolwaygroup.en.alibaba.com/product/1600318384808-905333508/TOOLWAY_75_135_22mm_Oscillating_multi_saw_blades_quick_change_double_socket_box_cutter.html?spm=a2700.shop_plser.41413.20.2e4be43aB2SjvA | |

| # | Platform | Seller | Store | Seller URL | Item ID | Product URL | |
|---|---|---|---|---|---|---|---|
| 43 | Alibaba | Shenzhen Fengan Trade Co., Ltd. | | https://cn1524390485ugcp.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.616e1f36KEm9dN | | https://cn1524390485ugcp.en.alibaba.com/product/1600341 0826800685/Stainless_Steel_Square_Slot_Cutter_Quickly_and_Effortlessly_Cut_in_Single_and_Double_Gang_Boxes_Make_a_Smooth_Cutting_Surface.html?spm=a2700.shop_plser.41413.16.42dc3364aqLdDP | |
| 44 | Alibaba | Shenzhen Mixiang E-Commerce Co., Ltd. | | https://mixiang.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.637e1b8aYHTvL6 | | https://mixiang.en.alibaba.com/product/10000003147455-825804796/New_Square_Slot_Cutter_Universal_Open_backed_Design_for_Plasterboard_Dry_Wall_Gang_Socket_Holes_Opener_Tools_Square_Slot_Cutter.html?spm=a2700.shop_plser.41413.18.61f94d52ZcAyNK | |
| 45 | Alibaba | Shenzhen Wasailang Trading Co., Ltd. | | https://waslang.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.2.6d097e25hvb1Mo | | https://waslang.en.alibaba.com/product/1600332230157-827573463/New_Square_Slot_Cutter_Universal_for_Woodworking_Square_Cutting_Saw_Blade_Square_Groove_Knife_Gang_Socket_Holes_Opener_Tools.html?spm=a2700.shop_plser.41413.16.6af45f02pmbJg6 | |
| 46 | Alibaba | Hangzhou Xiaoshan Changyu Metal Machinery Co., Ltd. | | https://hzcywj.en.alibaba.com/?spm=a2700.details.cordpanyb.2.4a6c582c771p3m | | https://hzcywj.en.alibaba.com/product/1600235198196-811308060/Factory_Hot_Sale_Oscillating_Multi_Tool_Quick_Change_HCS_single_gang_socket_back_box_cutter_saw_blade.html?spm=a2700.shop_plser.41413.38.6ce63536xz0JYN | |
| 47 | Walmart | dongguanshichunshuwangluokejiyouxiangongs | | | 20001367901@#me336 | https://www.walmart.com/ip/HOTBEST-Square-Slot-Cutter-Multi-Tool-Single-And-Double-Gang-Electrical-Wall-Outlet-Compatible-With-Most-Industry-Standard-Oscillating-Multi-Tools-Pr/307711729?athbdg=L1400 | |
| 48 | Walmart | Mega Wheels | | | EK1103801 | https://www.walmart.com/ip/MEGAWHEELS-Square-Slot-Cutter-Multifunction-Widely-Used-Precise-Cutting-Tool/441897732 | |
| 49 | Walmart | Latady | GreatVista Inc | https://www.walmart.com/seller/101095559?itemId=565685299&pageName=item | LVM14\7831 | https://www.walmart.com/ip/Latady-One-Step-Place-Stainless-Steel-Square-Slot-Cutter-Plastic-Metal-Low-Voltage-Electrical-Boxes-mounting-Compatible-Most-Industry-Standard-oscill/565685299 | |
| 50 | Walmart | Tenvolts | Tenvolts Llc | https://www.walmart.com/seller/101102081?itemId=716447114&pageName=item | TL01 | https://www.walmart.com/ip/Tenvolts-Open-Backed-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener-A/716447114 | |
| 51 | Walmart | HOTBEST | Joybuy / Jingdong E-Commerce (Trade) Hong Kong Corporation | https://www.walmart.com/seller/18988?itemId=799885148&pageName=item | 20001367901@#Klein2264 | https://www.walmart.com/ip/HOTBEST-Slot-Cutter-Square-Rectangle-Milling-Cutter-Carving-One-Step-in-Place-Stainless-Steel-Square-Slot-Cutter-Stainless-Quickly-for-Plastic-Metal/799885148?athbdg=L1400 | |
| 52 | Walmart | DongGuanShiNuoLinDianZiShangWuYouXianGongSi | Happy Shopping / Nuolin | https://www.walmart.com/seller/101086117?itemId=790044072&pageName=item | | https://www.walmart.com/ip/Machine-Tool-Accessories-And-Tools-Milling-Cutter-Rectangular-High-Quality-New-Square-Woodworking-Slot-Cutting-Fast/790044072 | |
| 53 | Walmart | shenzhenshiyulantiandianzikejiyouxiangongsi | Careslong | https://www.walmart.com/seller/101087560?itemId=997570286&pageName=item | EK11038 | https://www.walmart.com/ip/Careslong-Square-Slot-Cutter-Multifunction-Widely-Used-Precise-Cutting-Tool/997570286 | |
| 54 | Walmart | Wuhan Hengxiang Dianzishangwu Youxiangongsi | Lacyie/Lucky Home | https://www.walmart.com/seller/101044613?itemId=482223265&pageName=item | VB0046901 | https://www.walmart.com/ip/Lacyie-Square-Slot-Cutter-Precise-Cutting-Widely-Use-Square-Milling-Tool/482223265 | |
| 55 | Walmart | Floepx | VEXIP, LLC. | https://www.walmart.com/seller/101073466?itemId=208010119&pageName=item | M202110210134 | https://www.walmart.com/ip/Floepx-Square-Slot-Cutter-Stainless-Steel-Slotter-Tool-Woodworking-Cutter-for-Drywall-Electrical-Box-Cutout-Saw-Accessory/208010119 | |
| 56 | Walmart | Jingdong E-Commerce (Trade) Hong Kong Corporation | Follure Clothing / joybuy | https://www.walmart.com/seller/18988?itemId=434117044&pageName=item | Follure4250 | https://www.walmart.com/ip/Follure-Square-Slot-Cutter-without-Repairing-Rectangular-Cutting-and-Milling-Cutter-Tools/434117044 | |
| 57 | Walmart | Shenzhen UEB Technology Co.,Ltd. | Daciye LLC | https://www.walmart.com/seller/101072367?itemId=389469896&pageName=item | 5pq9bn1ue0bm7gt8D03-mhl | https://www.walmart.com/ip/Daciye-Universal-Open-Backed-Square-Slot-Cutter-Slot-Drill-Socket-Holes-Opener-Tools/389469896?athbdg=L1700 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | Walmart | Josenmon Trading Co Ltd | YIISU | https://www.walmart.com/seller/101077427?itemId=751703550&pageName=item | | https://www.walmart.com/ip/Black-Friday-Deals-2021-O-Ne-stainless-Steel-Square-Slot-Cutter-For-Plastic-Metal-Or-Low-Voltage-Electrical-Box-Installation/751703550?athbdg=L1400 |
| 59 | Walmart | Jingdong E-Commerce (Trade) Hong Kong Corporation | MIARHB | https://www.walmart.com/seller/18988?itemId=400152851&pageName=item | 11006303 | https://www.walmart.com/ip/MIARHB-Place-Stainless-Steel-Square-Slot-Cutter-For-Plastic-Metal-Or-Low-Voltage-Electrical-Boxes-Mounting-Compatible-Rectangle-Square/400152851 |
| 60 | Walmart | WEELBIN HOME INC | Exywaves | https://www.walmart.com/seller/101055603?itemId=875399185&pageName=item | Tools & Home Improvement01963 | https://www.walmart.com/ip/Exywaves-Square-Slot-Cutter-Without-Repairing-Rectangular-Cutting-And-Milling-Cutter-Tools/875399185 |
| 61 | Walmart | Royal Oak Inc | ROYAL OAK | https://www.walmart.com/seller/101109657?itemId=664570043&pageName=item | tl3513 | https://www.walmart.com/ip/Royal-Oak-Universal-Open-Back-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener/664570043 |
| 62 | Walmart | ongyanshixinzhimumaoyiyouxiangongs | Mumaoyi/DWWRD | https://www.walmart.com/seller/101095805?itemId=277685189&pageName=item | 5us9gr1jm0bj7rf8D03-lxs-10.27 | https://www.walmart.com/ip/DWWRD-Universal-Open-Back-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener/277685189 |
| 63 | Walmart | Jnk Sellers Corporation | RNUIOH | https://www.walmart.com/seller/101099529?itemId=300161011&pageName=item | 591078.01-WMY | https://www.walmart.com/ip/RNUIOH-Open-Backed-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener-A/300161011?athbdg=L1700 |
| 64 | Walmart | RECOLORIZED HOME INC | LOVECOM | https://www.walmart.com/seller/101024242?itemId=676035271&pageName=item | LL83126 | https://www.walmart.com/ip/LOVECOM-Stainless-Steel-Square-Slot-Cutter-Quickly-Effortlessly-Cut-in-Single-Double-Gang-Boxes-Make-Smooth-Cutting-Surface-Plastic-Metal-Low-Voltage/676035271 |
| 65 | Walmart | GreatVista Inc | Tukinala | https://www.walmart.com/seller/101095559?itemId=987571012&pageName=item | WDD438 | https://www.walmart.com/ip/Tukinala-Stainless-Steel-Square-Slot-Cutter-Electrical-Box-Cutout-Saw-For-Oscillating-Multi-Tools-Universal-Fit-Most-Power-Tools/987571012 |
| 66 | Walmart | JD E Commerce America Limited | Joybuy Express / Miuline | https://www.walmart.com/seller/16214?itemId=710427968&pageName=item | 20001388903@#lxj48 | https://www.walmart.com/ip/Miuline-Stainless-Steel-Square-Slot-Cutter-Square-Rectangle-Milling-Cutter-Quickly-For-Plastic-Metal-Low-Voltage-Electrical-Boxes-mounting-Compatible/710427968 |
| 67 | Walmart | GLASSY SHELF LIGHT INC | HGYCPP | https://www.walmart.com/seller/101080924?itemId=368683889&pageName=item | HGYCPP | https://www.walmart.com/ip/HGYCPP-Square-Slot-Cutter-Durable-Stainless-Steel-Compatible-with-Most-Industry-Standard-oscillating-Multi-Tools-Rectangle/368683889 |
| 68 | Walmart | Shenzhenshixishenglunmaoyiyouxiangongsi | Ankishi | https://www.walmart.com/seller/101088657?itemId=661422914&pageName=item | | https://www.walmart.com/ip/Ankishi-Square-Slot-Cutter-Milling-Cutter-Woodworking-Square-Hole-Tool/661422914 |
| 69 | Walmart | Jinhuashirunzhishimaoyiyouxiangongsi | Bellanny | https://www.walmart.com/seller/101087615?itemId=487769153&pageName=item | | https://www.walmart.com/ip/Bellanny-Square-Slot-Cutter-Cutter-Milling-Carving-Woodworking-Tools-For-Gypsum-Board-Drywall-Rectangle-Square-2-36-x-1-54in-3-74-kindly/487769153 |
| 70 | Walmart | longyanshixinzhimumaoyiyouxiangongsi | Mumaoyi Inc | https://www.walmart.com/seller/101095805?itemId=212203984&pageName=item | 5ug9fd1vk0yj7ww8D03_czy-10.29 | https://www.walmart.com/ip/ALL-GQ-Universal-Open-Back-Square-Slot-Cutter-Square-Rectangle-Socket-Hole-Opener/212203984 |
| 71 | Walmart | WuhanHuixinhengtongMaoyiYouxiangongsi | Houssem Aouar | https://www.walmart.com/seller/101085404?itemId=986286760&pageName=item | | https://www.walmart.com/ip/Square-Slot-Cutter-Precise-Cutting-Widely-Use-Square-Milling-Tool/986286760 |
| 72 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | Younar | https://www.walmart.com/seller/101088699?itemId=375362969&pageName=item | | https://www.walmart.com/ip/Younar-Square-Slot-Cutter-Cutter-Milling-Carving-Woodworking-Tools-For-Gypsum-Board-Drywall-Rectangle-Square-2-36-x-1-54in-3-74-thrifty/375362969?athbdg=L1700 |
| 73 | Aliexpress | | | | | https://www.aliexpress.com/item/1005003200885679.html?spm=a2g0o.productlist.0.0.12b4d7929nk1l5&algo_pvid=d3413c07-8339-460a-a230-0392330ce077&algo_exp_id=d3413c07-8339-460a-a230-0392330ce077-0&pdp_ext_f=%7B%22sku_id%22%3A%2212200002463154668 4%22%7D |
| 74 | Bonanza | MovingWheelz's booth | | https://www.bonanza.com/booths/MovingWheelz | | https://www.bonanza.com/listings/New-Bauer-Electrical-Box-Cutout-Saw-For-Oscillating-Multi-Tools-Single-Gang-New/929531927 |

| # | Name | Term | | | | URL | |
|---|---|---|---|---|---|---|---|
| 75 | Homelectrical | | | | | https://www.homelectrical.com/212-x-331-q-bit-single-gang-integratage-box.05242710.1.html?q=q-bit | |
| 76 | canadianbestseller | | | | | https://canadianbestseller.com/pd/box-saw-for-double-gang-outlet-box-qbit-sq1000-d-power-oscillating-multi-tool-saw-blade/?v=7516fd43adaa#gsc.tab=0 | |
| 77 | Niagara Blue | | | | | https://niagarablue.com/products/square-slot-cutter-square-drill-switch-hole-puncher | |
| 78 | OpenTip | Qbit | | | | https://www.opentip.com/QBit-Metal-Box-Cut-In-Saw-Single-Gang-p-9958442.html | |
| 79 | PartsIND | | | | | https://www.partsind.com/q-bit-sq1000-s-qbit-power-oscillating-multi-tool-blade-saw-for-single-gang-outlet-box | |