IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LABOR SAVING SYSTEMS LTD. d/b/a MAGNEPULL, <br><br>  Plaintiff, <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC., DOES 1-79, <br><br>  Defendants. | § § § § § § § § § § § § § <br><br> Civil Action No.  4:21-cv-01389-O |

## ORDER

Before the Court is Plaintiff's Motion to Amend and Extend Temporary Restraining Order (ECF No. 18), filed February 16, 2022. On February 2, 2022, the Court granted Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) ("TRO Motion") and entered a temporary restraining order ("TRO"). ECF No. 17. The TRO remained in effect for 14 days. *Id.*

Having considered the Motion, the Court finds it should be **GRANTED in part**. The Court finds good cause exists to extend the TRO, *see* Rule 65(b)(2), and finds that the requested extension should be and is hereby **GRANTED.** The Court **EXTENDS** the TRO until **March 2, 2022**. The requested amendment to the TRO has previously been made. *See* ECF No. 17-1. The Court encourages the parties to check the record prior to filing motions requesting amendments. Thus, the Court finds the requested amendment is **MOOT**.

SO ORDERED on this **17th day** of **February, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1