IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LABOR SAVING SYSTEMS LTD. d/b/a MAGNEPULL, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:21-cv-01389-O |
| § | |
| DOES 1–79, § § | |
| Defendants. § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Labor Saving Systems Ltd. d/b/a as Magnepull, hereby dismisses, with prejudice, its claims against the following defendant:

- Doe 1: Mirashine (Amazon ID: A3CNVEOQK8IDEJ )

Respectfully submitted,

/s/Warren V. Norred, P.E.
Warren V. Norred, P.E.
NORRED LAW, PLLC; 515 East Border Street; Arlington, Texas 76010
817.704.3984 office; 817.524.6686 fax
warren@norredlaw.com;
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE -** I certify that on March 22, 2022, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

/s/ Warren V. Norred
Warren V. Norred