IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LABOR SAVING SYSTEMS LTD. d/b/a MAGNEPULL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01389-O |
| DOES 1–79, | § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Labor Saving Systems Ltd. d/b/a as Magnepull hereby dismisses, with prejudice, its claims against the following defendants:[1]

- Doe 76: HomElectrical
- Doe 77: Canadian Best Seller
- Doe 79: OpenTip
- Doe 80: PartsIND

Respectfully submitted,

/s/Warren V. Norred, P.E.
Warren V. Norred, P.E.
NORRED LAW, PLLC; 515 East Border Street; Arlington, Texas 76010
817.704.3984 office; 817.524.6686 fax
warren@norredlaw.com;
*Counsel for Plaintiff*

---

[1] For clarification, the dismissed defendants are listed here as they appear in Exhibit 3 of Plaintiff's Original Complaint (ECF No. 1-3). These defendants appear in Exhibit 1 of the TRO (ECF No. 17-1) as Doe 75 (HomElectrical), Doe 76 (Canadian Best Seller), Doe 78 (OpenTip), and Doe 79 (PartsIND). All defendants listed in Plaintiff's previously filed Notices of Dismissal were correctly named according to both the Complaint and the TRO.

**CERTIFICATE OF SERVICE -** I certify that on March 24, 2022, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

        /s/ Warren V. Norred
        Warren V. Norred