IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LABOR SAVING SYSTEMS LTD.** § <br> **d/b/a MAGNEPULL,** § <br>  § <br>   Plaintiff, § <br>  § <br> v. § <br>  § <br> **DOES 1–79,** § <br>  § <br>   Defendants. § | § <br> § <br> § <br> § <br> § <br> **Civil Action No. 4:21-cv-01389-O** <br> § <br> § <br> § <br> § |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Labor Saving Systems Ltd. d/b/a as Magnepull, hereby dismisses, with prejudice, its claims against the following defendant:

- Doe 24: Dealbestshop (eBay ID: 1025967993)

Respectfully submitted,

/s/Warren V. Norred, P.E.
Warren V. Norred, P.E.
NORRED LAW, PLLC; 515 East Border Street; Arlington, Texas 76010
817.704.3984 office; 817.524.6686 fax
warren@norredlaw.com;
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE -** I certify that on March 25, 2022, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

/s/ Warren V. Norred
Warren V. Norred